1  Susan A. Owen, Esq., CSB #143805
2  Tamiko B. Herron, Esq., CSB #155923
   J. Cody Patterson, Esq., CSB #237089
3  Beau M. Goodrick, Esq., CSB #311097
   **OWEN, PATTERSON & OWEN, LLP**
4  23822 West Valencia Boulevard, Suite 303
   Valencia, California 91355
5  T: (661) 799-3899 / F: (661) 799-2774
   Landfills@opolaw.com
6
   *Attorneys for Plaintiffs*
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  FERNANDO PEREZ; NORMA RIVERA          Case No.: 2:24-cv-11174
    PAIZ; MOHAMED ABDELBAKY;
12  MAGDA ABDELBAKY; MAHMOUD             **COMPLAINT FOR DAMAGES:**
    ABDELBAKY; CHRISTOPHER
13  ACEVEDO; EDUARDO ACEVEDO; F.E.A.,    **1.**  **Negligence**
    by and through his Guardian ad Litem,   **2.**  **Negligence Per Se**
14  Claudia Davalos; CLAUDIA DAVALOS;    **3.**  **Strict Liability for Ultrahazardous**
    HUGO DAVALOS; MURAT KILICASLAN;          **Activities**
15  M.E.K., by and through his Guardian ad   **4.**  **Continuing Private Nuisance**
    Litem, Claudia Davalos; MARIA ISABEL   **5.**  **Permanent Private Nuisance**
16  AGUIRRE; ADRIANA CERVANTES; J.C.,    **6.**  **Continuing Public Nuisance**
    by and through her Guardian ad Litem,   **7.**  **Permanent Public Nuisance**
17  Elizabeth Vera; MIGUEL CERVANTES;    **8.**  **Trespass**
    SEBASTIAN CERVANTES; ELIZABETH
18  VERA; RICARDO AISPURO; A.A., by and
    through her Guardian ad Litem, Kathakali   **DEMAND FOR JURY TRIAL**
19  Roy; EMRE AKICI; E.S.A., by and through
20  his Guardian ad Litem, Kathakali Roy;
    BHASWAT ROY; JAGATJIT ROY;
21  KATHAKALI ROY; MAZIAR
    ALAGHEBAND; SAIED ALAGHEBAND;
22  LACUION JOHNSON; JENNIFER
    ALBERT; VIKTORIA ALEBIAN; L.T., by
23  and through her Guardian ad Litem, Michael
    Ter-papyan; LEYLI TER-PAPYAN;
24  MICHAEL TER-PAPYAN; MOVSES
25  ARUTYUN TER-PAPYAN; M.T., by and
    through his Guardian ad Litem, Michael Ter-
26  papyan; JUAN CARLOS ALFONSO;
    MARLENE ALFONSO; A.A., by and through
27  her Guardian ad Litem, Rana Sharif; K.A., by
28

---
                           - 1 -
                  **COMPLAINT FOR DAMAGES**

and through her Guardian ad Litem, Rana Sharif; ZAID ALSHARIF; RANA SHARIF; BYRON ALVARADO; L.A., by and through his Guardian ad Litem, Ricardo Alvarez Sr.; L.A., by and through his Guardian ad Litem, Ricardo Alvarez Sr.; M.A., by and through his Guardian ad Litem, Ricardo Alvarez Sr.; RICARDO ALVAREZ SR.; RICARDO ALVAREZ; VICTOR ALEXANDER ALVAREZ; VALERIE RODRIGUEZ; MARIA ZARAGOZA; BELLA ALVINO; JACK ALVINO; TARA ALVINO; JUDITH HILLER; A.A., by and through his Guardian ad Litem, Jose Amaya; A.A., by and through his Guardian ad Litem, Jose Amaya; A.A., by and through her Guardian ad Litem, Jose Amaya; CATALINA AMAYA; JOSE AMAYA; MERCEDES AMAYA; CARISMA CHAIDEZ; DIANA GONZALEZ; YOSIO GONZALEZ; DESTINY PEREZ; ; I.P., by and through his Guardian ad Litem, Diana Gonzalez; JULIANY PEREZ; MARTHA AMES; NICK BERSINGER; RICHARD BERSINGER; GARY FULLER; MATTHEW ANAYA; CLAUDIA GALLEGOS; BETTY ANCEWICZ; CHARLES ANCEWICZ; J.A., by and through his Guardian ad Litem, Joseph Ancewicz; JENNIFER ANCEWICZ; JOSEPH ANCEWICZ; LUCAS ANCEWICZ; GARY ANDERSON; JOSHUA ANDERSON; ROSALYN ANDERSON; LOURDE ANDRADE; VERONICA GOMEZ CARRILLO; ALAN PEREZ; D.C.P., by and through her Guardian ad Litem, Alan Perez; LUIS ROSAS; B.A., by and through his Guardian ad Litem, Aracendy Lopez; RIGOBERTO ANGUIANO; VRISA ANGUIANO; ARACENDY LOPEZ; L.E.M., by and through his Guardian ad Litem, Aracendy Lopez; LUIS MORENO; ELANA ANZENBERG; YOLANDA ARAGON; LUIS A. FLORES; JEANETTE ARAMBULA-DAVALOS; TATIANA DAVALOS; V.D., by and through his Guardian ad Litem, Jeanette Arambula-Davalos; MAYRA ARAMBULA-HERNANDEZ; ANABELLA HERNANDEZ;

- 2 -

**COMPLAINT FOR DAMAGES**

ANALYSSE HERNANDEZ; ANTOINETTE HERNANDEZ; BRANDEN ARAUJO; CLAUDIO ARAUJO; ELBA MONICA ARAUJO; GABRIEL ARAUJO; NATALIE ARAUJO; G.R., by and through his Guardian ad Litem, Natalie Araujo; MARCUS RIVERA; SHARAREH ARDALAN-KIRKLAND; B.K., by and through his Guardian ad Litem, Sharareh Ardalan-Kirkland; ERIC KIRKLAND; J.K., by and through his Guardian ad Litem, Sharareh Ardalan-Kirkland; T.K., by and through his Guardian ad Litem, Sharareh Ardalan-Kirkland; LAUREN ARIAS; ARLET ARRATOONIAN; EMILY BAGHRAMIAN; SAMUEL BAGHRAMIAN; BRANDON ARRINGTON; S.A., by and through his Guardian ad Litem, Brandon Arrington; JADA MORRISON; C.A., by and through his Guardian ad Litem, Cecia Gomez; CECIA GOMEZ; MARCOS PIEDRA; V.P., by and through her Guardian ad Litem, Cecia Gomez; Z.P., by and through her Guardian ad Litem, Cecia Gomez; JESUS ARROYO; SERGIO ARROYO; ALMA LIZARRAGA ORTEGA; CLAUDIA ASCENCIO; AMBER HUGHES; A.H., by and through her Guardian ad Litem, Claudia Ascencio; JASON HUGHES; NELIS LOPEZ; PATRICIA ATILANO-COHN; RICHARD COHN; ANGELICA AYON; JUAN JOSE IBARRA; JUAN PABLO IBARRA; K.I., by and through her Guardian ad Litem, Angelica Ayon; A.A., by and through her Guardian ad Litem, Paola Espinoza; ISIDRO AYON; ISMAEL AYON; I.A., by and through his Guardian ad Litem, Paola Espinoza; NEREIDA ESPINOZA; PAOLA ESPINOZA; MARIA AYON; R.B., by and through her Guardian ad Litem, Jacqueline Flores; JACQUELINE FLORES; JOEL FLORES; JOEL FLORES JR.; A.A., by and through his Guardian ad Litem, Lou Ayuso; GABY AYUSO; LOU AYUSO; AXEL ROSALES; ANDREW AZOUZ; A.A., by and through her Guardian ad Litem, Andrew Azouz; E.A., by and through his Guardian ad Litem, Andrew Azouz; W.A., by and through his Guardian ad Litem, Andrew

**COMPLAINT FOR DAMAGES**

Azouz; LAUREN BROWN; JEANELLE BACAT; JERRON BACAT; ROSESDO BACAT; HORMOZ BADALOROUMIEH; PENOEIL BADALOROUMIEH; EKATERINA LAVRENTYEVA; ILBOROUN BADALOROUMIEH; NAIRA BADALYAN; PETROS BADALYAN; TEREZA BADALYAN; AGAVNI GRIGORIAN; ALLEN BADER; KELLY BADER; PATRICIA BAGAROTTI; ROBERT BAGAROTTI; RYAN BAGAROTTI; STEVEN BAGAROTTI; JULIA SALAS; ELAINE BALLACE; F.B., by and through her Guardian ad Litem, Jennifer Ballesteros; JENNIFER BALLESTEROS; JOHN OSMONSON; D.O., by and through his Guardian ad Litem, John Osmonson; GABRIELA BANALES; APRIL BANUELOS; ELENA BARANOVA; VADIM SUSLOV; JOEY BARASCH; JOSEPH BARASCH; KRISTI BARASCH; K.B., by and through his Guardian ad Litem, Kristi Barasch; AMIE BARATT; LISA BARATT; B.R., by and through her Guardian ad Litem, Amie Baratt; HELEN OKANE BARKLEY; M.B., by and through her Guardian ad Litem, Madison Hamilton; ANGELA HAMILTON; KAITLIN HAMILTON; MADISON HAMILTON; M.H., by and through her Guardian ad Litem, Madison Hamilton; STEVEN BARTON; SYLVIA BARTON; BARINDER SINGH BATTH; T.B., by and through his Guardian ad Litem, Manjot Kaur; T.B., by and through his Guardian ad Litem, Manjot Kaur; MANJOT KAUR; LORI BAUER; ELOISA BAYACAL; CARLOS PENALOZA; CARLOS PENALOZA ACOSTA; EGSHIGLEN BAYARSAIKHAN; ALEJANDRO KIM; STEPHANIE BEARD; GINA HAIRE; JAY KING; KAELYN OLIVER; KYLE OLIVER; TATYANA BELENKAYA; DAVID KREMENETSKY; JULIA KREMENETSKY; MICHAEL KREMENETSKY; K.B., by and through her Guardian ad Litem, Mark Sypher; MARK SYPHER; MICHELLE SYPHER; SHANE SYPHER; RUTH BELL; JOSHUA

**COMPLAINT FOR DAMAGES**

WEAVER; KYRA WEAVER; MARALYN WEAVER; REANA WEAVER; MARISOL BENAVIDES; GLORIA RESTREPO GIRALDO; SCOTT GREEN; RICHARD HERRERA; BRITTANY BERGGREN; ERNESTO BERNAL; MARIA ISABEL BERNAL; URBANO MARTINEZ; C.B., by and through his Guardian ad Litem, Kristin Berryman; KRISTIN BERRYMAN; HAYLEY BERRYMAN; JUSTIN BERRYMAN; ERIC BERTUCH; LORE BERTUCH; NORBERT HERNANDEZ; MARTA BIEDES; MONICA BIEDES; ROSEMARIE BIEDES; RUDAINA BIEDES; SAMANTHA BIEDES; ZIYAD BIEDES; LEELANNEE BLACK; ADELINE BLOCK; DAVID BLOCK; DEKA BODINE; JOHN HANSEN; CHELSEA BOGGIO; GREGORY OWEN II; MAKENNA BOGGIO; CONNOR ROACH; ANA BOLANOS; ROLANDO BOLANOS; EFFAT BOLOOURCHI; FARIDEH HAGHAYEGHI; GABRIEL BONILLA; MARK BOOTHBY; PATRICIA GLEASON; F.B., by and through his Guardian ad Litem, Kristin Borland; KRISTIN BORLAND; P.B., by and through her Guardian ad Litem, Kristin Borland; WILLIAM BORLAND; JOSH BORYS; JULI PELLER; SCOTT PELLER; TAMMY BOULE; BORNA BOUSTANI; TAMARA BOYLL-OLAH; JUAN ELIZALDE; DANICA BRADENBAUGH; D.B., by and through his Guardian ad Litem, Danica Bradenbaugh; J.B., by and through his Guardian ad Litem, Danica Bradenbaugh; JEROME BRADENBAUGH; SAM BRANCH; Z.B., by and through his Guardian ad Litem, Chaticia Wright; E.W., by and through her Guardian ad Litem, Chaticia Wright; K.W., by and through her Guardian ad Litem, Chaticia Wright; CHATICIA WRIGHT; RODNEY WRIGHT; BRIANNA BRICKER; SANDY BRICKER; TIM BRICKER; RAPHAEL BRIGHT; SKYLAR BRIGHT; LILY WONG; KATHERINE BROOK; LISA CRAIG; J.C., by and through his Guardian ad Litem, Lisa Craig; THOMAS CRAIG; A.K., by and through her Guardian

ad Litem, Lisa Craig; J.B., by and through his Guardian ad Litem, Michael Bruckner; MEGAN BRUCKNER; MICHAEL BRUCKNER; B.B., by and through his Guardian ad Litem, Matthew Bruno; BRYNNE BRUNO; MATTHEW BRUNO; S.B., by and through his Guardian ad Litem, Matthew Bruno; LORNA BUTLER; DAVID CABRERA; ELIZABETH CABRERA; JACOB CABRERA; RENE CABRERA; JEAN CACCIARELLI; ROBERT CACCIARELLI; FRANK TARDIBUONO; ANGELA CACERES; JORGE CACERES; LYDA CACERES; AMY CAFFEY; EMILY CAFFEY; K.C., by and through her Guardian ad Litem, Matt Caffey; RACHEL CAFFEY; MATT CAFFEY; S.C., by and through her Guardian ad Litem, Samantha Ramirez; JOHN RAMIREZ JR,; J.J.R., by and through his Guardian ad Litem, Monica Ramirez; MONICA RAMIREZ; SAMANTHA RAMIREZ; ASHLEY CANTU; I.C., by and through his Guardian ad Litem, Candice Crockford; L.C., by and through his Guardian ad Litem, Candice Crockford; ROLAND CANTU; CANDICE  CROCKFORD; KYLE KELSEY CROCKFORD; K.G., by and through her Guardian ad Litem, Ashley Cantu; EDWARD KELSEY; T.K., by and through her Guardian ad Litem, Candice Crockford; MATTHEW CARBAJAL; L.C., by and through her Guardian ad Litem, Matthew Carbajal; DENISE CARBERRY; JAYDEN CARBERRY; LA VONNE CARBERRY; SHAWN CARBERRY; NATHAN MARTINEZ; ADRIAN CARDONA; CHRISTOPHER ROBLES; EMELIANA ROBLES; MELISSA ROBLES; WENDY CARLISLE; RITCHIE WILLIAMS; CONSUELO CARRILLO; BRENDA GOMEZ; SERGIO GOMEZ; HEATHER CARSON; MARCUS CARTER; ROSEMARY SALAZAR; LIBERTY CASAS; MARK CASAS; VANESSA CASAS; M.H., by and through his Guardian ad Litem, Vanessa Casas; L.M., by and through her Guardian ad Litem, Liberty Casas; ELVIRA PEREZ; REBECCA

**COMPLAINT FOR DAMAGES**

CASILLAS; SANTIAGO CASILLAS;
MARISSA CASTILLO; NICHOLAS
CASTILLO; JUAN CASTANO; ESTELLA
CASTELLANOS; ARMONDO
RODRIGUEZ; DAMIAN RODRIGUEZ;
CARMEN CASTIEL; JAMIE CASTIEL;
ELLEN CASTRO; FLAVIO CASTRO;
LILIAN CASTRO; M.C., by and through her
Guardian ad Litem, Michelle Castro;
MICHELLE CASTRO; STEVE
CENICEROS; DARRELL CHADWICK;
WENDY CHADWICK; JESSICA CHAHUA;
L.C., by and through her Guardian ad Litem,
Pyro Chahua; PYRO CHAHUA; AMY
CHAPIN; RYAN CHAPIN; HALEY
CHARRON; MICHELLE CHARRON;
MICHAEL GONZALEZ; CAMILLE
CHATEAU; JOSEPH CHATEAU;
TANYATTA CHATEAU; JESSIE CHAVEZ;
LYDIA GUDINO; ANTHONY CHING;
BENJAPON CHING; LINDSEY CHING;
RYAN CHING; BONITA CHO; BRANDON
CHO; CHELSEA CHO; MARK CHO;
SANDY CHO; DOUG HIURA; C.H., by and
through his Guardian ad Litem, Doug Hiura;
MILES HIURA; GRACE CHOI; MOON
CHOI; TYLER CHRISTENSEN; CASSIDY
FAETH; CHERI FAETH; CHRIS FAETH;
CUAHUHTEMOC CISNEROS; RAMON
CISNEROS; MATTHEW CISNEROS;
ALEXANDER VILLARREAL; LETICIA
VILLARREAL; MANUEL VILLARREAL;
NATALIA VILLARREAL; YVONNE
VILLARREAL; NANCY CLARK VAN
ORDEN; AARON COLEMAN; A.C., by and
through her Guardian ad Litem, Aaron
Coleman; CLAUDIA COLEMAN;
CYNTHIA COLLETTA; NADINE GARCIA;
DAVID COLLINS; ESTHER COLLINS;
CHRISTIAN CONCHES; ARMIDA
ESCALANTE-RIVERA; DIANA RIVERA;
R.R.D., by and through his Guardian ad
Litem, Diana Rivera; R.R.D., by and through
his Guardian ad Litem, Diana Rivera;
JENNIFER COOK; ABIGAIL WYRE;
BRANDON WYRE; CHRISTINE WYRE;
DARREN WYRE; KAYLA WYRE;
ZACHARY WYRE; CHRISTINA COOPER;

**COMPLAINT FOR DAMAGES**

SERGIO CORDERO; JOSEPH CORMIER;
D.D., by and through his Guardian ad Litem,
Evelyn Dierna; EVELYN DIERNA; DEBBIE
CRAIG; JEFF CRAIG; J.V., by and through
his Guardian ad Litem, Debbie Craig; RYAN
VARSHAWSKY; SYDNEY
VARSHAWSKY; MATTHEW
CRAWFORD; TINA CRAWFORD;
RONALD DOUGHTY; TERRANCE
CRAWFORD; RETONIA FOSTER; BRUCE
WHITNEY; N.W., by and through his
Guardian ad Litem, Retonia Foster;
KRYSTLE CRONIN, JEFFREY CRONIN;
L.C., by and through his Guardian ad Litem,
Krystle Cronin; M.C., by and through his
Guardian ad Litem, Krystle Cronin; A.C., by
and through his Guardian ad Litem, Lahoma
Cronk; AVA CRONK; LAHOMA CRONK;
WILLIAM CRONK; BARTOLO REYES
CRUZ; LETICIA AGUIRRE QUINTANA;
JENNY REYES; VICTOR TELLEZ;
ALYSSA CUERVO; HAYDEE CUERVO;
JULIA CUERVO; YURI CUERVO;
LEONOR FOOTE; MICHAEL CURRY;
KATHERINE HART; JENNIFER CURTIS;
KATHERINE CURTIS; KRISTOPHER
CURTIS; HEATHER D'ANGELO;
MICHAEL D'ANGELO; M.D., by and
through her Guardian ad Litem, Heather
D'Angelo; R.D., by and through his Guardian
ad Litem, Heather D'Angelo; BIANCA DA
SILVA CARMO; EUGENIO DA SILVA
CARMO; MARCELLO DA SILVA
CARMO; C.D., by and through his Guardian
ad Litem, Josephine Tajian-Warda; GEORGE
DABBOUR; N.D., by and through his
Guardian ad Litem, Josephine Tajian-Warda;
JOSEPHINE TAJIAN-WARDA; G.D. by and
through her Guardian ad Litem, Trevor Dahl;
L.D., by and through her Guardian ad Litem,
Trevor Dahl; L.D., by and through his
Guardian ad Litem, Trevor Dahl; R.D., by and
through his Guardian ad Litem, Trevor Dahl;
SHELBY DAHL; TREVOR DAHL; W.D., by
and through his Guardian ad Litem, Trevor
Dahl; C.D., by and through his Guardian ad
Litem, Cassie Daly; C.D., by and through his
Guardian ad Litem, Cassie Daly; CASSIE

**COMPLAINT FOR DAMAGES**

DALY; CONNOR DALY; THUY DANG;
J.T., by and through his Guardian ad Litem,
Thuy Dang; LENA TRINH; MINH TRINH;
V.T., by and through her Guardian ad Litem,
Thuy Dang; V.T., by and through her
Guardian ad Litem, Thuy Dang; BRENDA
DE LA CRUZ; NORBERTO RODRIGUEZ;
CLAUDIA AVILES DE LARIOS; A.L., by
and through her Guardian ad Litem, Jose
Larios; JOSE LARIOS; K.L., by and through
his Guardian ad Litem, Jose Larios; S.L., by
and through her Guardian ad Litem, Jose
Larios; J.Q., by and through her Guardian ad
Litem, Jose Larios; B.D., by and through her
Guardian ad Litem, Natalie De Leon; B.D., by
and through her Guardian ad Litem, Natalie
De Leon; JONATHAN DE LEON; NATALIE
DE LEON; N.D., by and through his Guardian
ad Litem, Natalie De Leon; APRIL DEEM;
KRISTOPHER DEEM; MASON DEEM;
VINCENT DEEM; LAWRENCE
DEGEORGE; NANETTE DEGEORGE;
HALEY SOULE; JOSE ANGEL DE LA
CRUZ; ALEXANDER CRUZ FERNANDEZ;
DIANA DELGADO-GERSHICK;
ISABELLA GERSHICK; VICTORIA
GERSHICK; RAMILO DELOS REYES;
NICOLE DEMOTT; R.D., by and through his
Guardian ad Litem, Nicole DeMott;
GRISELDA DEMOTT; MARK DEMOTT;
NADIA EL KATEB; ALBERT DENNIS;
CHERYL WARDLOW; DAWN
DENSMORE; ISOLDA OTT; MICHAEL
OTT; JAKE DESANTIS; TY DESANTIS;
VINCE DESANTIS; WENDY DESANTIS;
KEN DESCHINO; KRISTEN DESCHINO;
M.D., by and through her Guardian ad Litem,
Michael Dickerson II; MICHAEL
DICKERSON II; M.D., by and through his
Guardian ad Litem, Michael Dickerson II;
KRYSTAL DICKERSON; J.D., by and
through her Guardian ad Litem, Mark
Dickerson Jr.; JOI DICKERSON; MARK
DICKERSON; MARK DICKERSON JR.;
HIEN DINH; AARON PAK; C.P., by and
through her Guardian ad Litem, Lynn Pak;
L.P., by and through his Guardian ad Litem,
Lynn Pak; LYNN PAK; VAN TRINH;

ARAN DOKOVNA; TERRI DOKOVNA; JOSHUA DOMINGO; SHANON GRIMES; DEBRA HUGHES; STEVEN DRAYTON; OLIVIA REED; MARKUS SUTHERLAND; MIHAELA DUCU; ANDREI GAINA; ANDREI JASON GAINA JR.; A.D.G., by and through his Guardian ad Litem, Michaela Ducu; CRYSTAL EARL; DAVID EARL; DESTENEE EARL; DYLEN EARL; NATALIE EARL; SCOTT EARL; DIANE GALVAN; MICHELLE RAD; MOHAMED ELBAKLY; EDWARD ELIAS; VIOLET ELIAS; EFRAIN ELIAS; E.R., by and through his Guardian ad Litem, Ana Salcido; ANA SALCIDO; CHRISTIAN SALCIDO; KARINA SALCIDO; LUIS ALBERTO SALCIDO; VERONICA ELIAS; ERNESTO LOPEZ; SELENA LOPEZ; JEFFREY ELLIS; TERRY ELLIS; I.E., by and through his Guardian ad Litem, Lizet Enriquez; LIZET ENRIQUEZ; SILVIA ENRIQUEZ; ALEXIE EPSTEIN; DENISE OLIVO EPSTEIN; JOSEPH EPSTEIN; KARL EPSTEIN; ELIAS ESCALERA; S.E., by and through her Guardian ad Litem, Desiree Mora; DESIREE MORA; FATIMA PALACIOS; A.E., by and through his Guardian ad Litem, Veronica Jimenez; C.E., by and through her Guardian ad Litem, Veronica Jimenez; CESAR ESCOBAR; M.E., by and through his Guardian ad Litem, Veronica Jimenez; VERONICA JIMENEZ; J.S., by and through his Guardian ad Litem, Veronica Jimenez; MIGUEL ESCOBAR; IRMA TORRES DE ESCOBAR; JOAN ESPINOSA; PAUL ESPINOSA; A.E., by and through her Guardian ad Litem, Diane Harding; CALEB HARDING; DIANE HARDING; EDEN JOSHUA; MARIA EVANS; RICHARD EVANS; OLIVIA THOMAS; CHRIS FABER; JO ELLEN FABER; CAMBRIA FALK; CHASE FALK; EVELYN FALK; LARRY FALK; BRENT FAWCETT; CARI FAWCETT; JOHN FAWCETT; TAMI FAWCETT; TASHA FAWCETT; CHRISTOPHER PRATER; B.F., by and through his Guardian ad Litem, Fernando Ferreira; FERNANDO FERREIRA; MIRNA

**COMPLAINT FOR DAMAGES**

FERREIRA; ABRAHAM FINKELSTEIN; JUDITH FINKELSTEIN; DAWSON FISHER; MASON FISHER; TRACY FISHER; D.F., by and through his Guardian ad Litem, Torey Flemming; ICEZACK FLEMMING; TOREY FLEMMING; S.F., by and through his Guardian ad Litem, Joy Sterling; HAROLD STERLING; JOY STERLING; JUDY STERLING; G.J.F.A., by and through his Guardian ad Litem, Cinthia Flores; CINTHIA FLORES; ANDREW OSTERHAUS; JACOB OSTERHAUS; J.O., by and through his Guardian ad Litem, Cinthia Flores; ALMA FLORES; LUZ FLORES; JESSICA FLORES-PAREJA; ELMER PAREJA-GARCIA; A.F., by and through her Guardian ad Litem, Martha Ramirez; EMILY FLORES; LEVI FLORES; NOEL FLORES; MARTHA RAMIREZ; AURORA FLORES; EDMUND C. FLORES; FELIMA FLORES; IMELDA C. FLORES; EDMUND MICHAEL PENDON FLORES; E.D.R., by and through her Guardian ad Litem, Edmund Michael Pendon Flores; D.E.R., by and through his Guardian ad Litem, Edmund Michael Pendon Flores; DIANA MARZAN RAMOS; ASHLEY FONNEGRA; WILLIAM FONNEGRA; SAMANTHA FORD; JULIAN FOWLER; BRADLEY FRAINIACK; B.F., by and through her Guardian ad Litem, Tiffany McClain; E.F., by and through her Guardian ad Litem, Tiffany McClain; R.F., by and through her Guardian ad Litem, Tiffany McClain; TIFFANY MCCLAIN; CYNTHIA OTREMBA; DAVID OTREMBA; JULIE FRASER; ERICK FUENTES; VANESSA GALLEGOS; CARLOS GUZMAN; X.G., by and through her Guardian ad Litem, Vanessa Gallegos; A.G., by and through her Guardian ad Litem, Fernando Galvan; FERNANDO GALVAN; TALIA SALDANA; AMANDA GARCIA; L.G., by and through her Guardian ad Litem, Rodrigo Garcia; O.G., by and through her Guardian ad Litem, Rodrigo Garcia; RODRIGO GARCIA; ANNA GARCIA; ESPERANZA GARCIA; L.S.G., by and through her Guardian ad Litem, Santiago Garza; N.E.G., by and through her

**COMPLAINT FOR DAMAGES**

Guardian ad Litem, Santiago Garza; SANTIAGO GARZA; SYLVIA GARZA; PAULA GARCIA; JORGE RUIZ; ROSALVA RUIZ; J.A.S., by and through his Guardian ad Litem, Rosalva Ruiz; ROBYN MARIE GARCIA; JOIE SANCHEZ; J.C.S., by and through his Guardian ad Litem, Robin Marie Garcia; SILVIA GARCIA; JUAN CARLOS LOPEZ; MIGUEL ANGEL LOPEZ; ELENA MARTINEZ RUIZ; EMMANUEL GARDUNO DOMINGUEZ; ROSA GARDUNO RODRIGUEZ; C.G., by and through her Guardian ad Litem, Kristine Rivera; C.G., by and through her Guardian ad Litem, Kristine Rivera; KRISTINE RIVERA; CONNOR GARELICK; DAVID GARELICK; DEBRA GARELICK; E.G., by and through his Guardian ad Litem, Haley Gonzalez; HALEY GONZALEZ; LINDA PRIZER; MORRIS PRIZER; PETER GARELICK; MARIA GIL; A.G., by and through her Guardian ad Litem, Samuel Morrison; DINA MORRISON; SAMUEL MORRISON; M.Y., by and through her Guardian ad Litem, Samuel Morrison; GAYL GLUCK; JUSTIN GLUCK; RYAN GLUCK; SCOTT GLUCK; KEVIN GLYNN; D.G., by and through his Guardian ad Litem, Ramon Godoy; DEBBIE GODOY; RAMON GODOY; V.G., by and through her Guardian ad Litem, Ramon Godoy; ZACH GODOY; C.G., by and through his Guardian ad Litem, Mark Gomez; D.G., by and through his Guardian ad Litem, Mark Gomez; J.G., by and through his Guardian ad Litem, Mark Gomez; MARK GOMEZ; JOSE GOMEZ; JUANA GOMEZ; N.G., by and through her Guardian ad Litem, Cindy Robarts; CHRISTEN ROBARTS; CINDY ROBARTS; K.R., by and through her Guardian ad Litem, Cindy Robarts; RYAN ROBARTS; TAYLOR ROBARTS; ALEJANDRO GONZALEZ; A.G., by and through her Guardian ad Litem, Maria E. Rodriguez; BRANDON GONZALEZ; D.G., by and through his Guardian ad Litem, Maria E. Rodriguez; M.G., by and through her Guardian ad Litem, Maria E. Rodriguez; MARIA E.

**COMPLAINT FOR DAMAGES**

RODRIGUEZ; A.G., by and through his Guardian ad Litem, Priscilla Paz; A.P.G., by and through his Guardian ad Litem, Pricilla Paz; A.P.G., by and through her Guardian ad Litem, Priscilla Paz; ELENA PAZ; GREG PAZ; PRISCILLA PAZ; AMELIA GONZALEZ; CARLOS GONZALEZ; JORGE GONZALEZ; LUIS GONZALEZ; YULIANA GONZALEZ; E.M., by and through his Guardian ad Litem, Yuliana Gonzalez; JUVENAL MONTES; L.M., by and through his Guardian ad Litem, Yuliana Gonzalez; M.M., by and through her Guardian ad Litem, Luis Gonzalez; SERGIO MONTES; CHRISTIAN GONZALEZ; LAURA GONZALEZ; L.G., by and through her Guardian ad Litem, Christian Gonzalez; CHRISTOPHER RAMIREZ; JEANETTE GONZALEZ; H.R., by and through her Guardian ad Litem, Kyle Robertson; KYLE ROBERTSON; JASON GORDON; ROBERT GORDON; STAYCEE GORDON; SHAYNA GORDON; ARIANE GOVEA; BENNY GOVEA; BONNIE ANN GOVEA; G.G., by and through his Guardian ad Litem, Ariane Govea; HAHMILEY GOVEA; O.G., by and through his Guardian ad Litem, Ariane Govea; ANIYAH GRAHAM; JULIUS GRAHAM; PAMELA GRAHAM; S.G., by and through his Guardian ad Litem, Pamela Graham; DAVID GRANADOS; ELDA GRANADOS; GENARO GRANADOS; JENNIFER GRANADOS; MARITZA HUERTA MEDINA; ADELAIDA PALOMARES; ALMITRA GRANT; JEANETTE GRANT; JOSEPH GRANT; CHANDLER GREEN; DENISE GREEN; MADISON GREEN; NAILAH GREEN; N.G., by and through her Guardian ad Litem, Wendi Green; STEPHEN GREEN; WENDI GREEN; ANNIE GRENIER; IRENE MONTES; A.G., by and through her Guardian ad Litem, Michael Griffy; MICHAEL GRIFFY; M.G., by and through her Guardian ad Litem, Michael Griffy; MARIA ROSS; ELIZA GRIGORIAN; GEVORG GRIGORIAN; MARINE GRIGORIAN; VAROUJAN GRIGORIAN; HAKOP KODZHOYAN; SHAN GROFF;

**COMPLAINT FOR DAMAGES**

KATHERYN POPE; NICOLE POPE;
WILLIAM POPE; FERNANDO GUDINO;
FERNANDO JAVIER GUDINO; N.G., by
and through her Guardian ad Litem, Sandra
Gudino; SANDRA GUDINO; GERARDO
GUDINO; MARIA C. GUDINO; ANDREA
GUIJARRO; M.G., by and through her
Guardian ad Litem, Sonny Guijarro; SONNY
GUIJARRO; S.G., by and through his
Guardian ad Litem, Sonny Guijarro;
ANTONIA ORTEGA; ERICK GUILLARD;
HERVE GUILLARD; E.R., by and through
his Guardian ad Litem, Herve Guillard; J.G.,
by and through his Guardian ad Litem,
Melissa Gunn; M.G., by and through his
Guardian ad Litem, Melissa Gunn; MELISSA
GUNN; N.G., by and through his Guardian ad
Litem, Melissa Gunn; ANGEL GUTIERREZ;
DAVID OSORIO; ROSA OSORIO; JOE L.
GUTIERREZ; ABEL GUZMAN; LUCILA
GUZMAN; TABA GUZMAN; TERESA
GUZMAN; F.H., by and through his Guardian
ad Litem, Nichole Haase; MICHAEL
HAASE; NICHOLE HAASE; ALLISON
HACHE; B.H., by and through her Guardian
ad Litem, Philip Hache; PHILIP HACHE;
STACEY HACHE; RONNY HACKNEY;
MICHAEL HALBERSTAM; TAYLOR
HALBERSTAM; CARL HAMMARLUND;
JOANN HAMMARLUND; J.H., by and
through his Guardian ad Litem, Sindy Han;
SAMANTHA HAN; SINDY HAN; YANG
HAN; DANIELLE HARDY; NATASSIA
HARDY; NICHOLAS HARDY; N.H., by and
through his Guardian ad Litem, Danielle
Hardy; VICTORIA HARRISON; APRIL
HART; JUSTIN HARVEY; SCOTT
HARVEY; VICTORIA HOLZMANN;
MARCIA HARVEY; ABRAHAM
HERNANDEZ; CESAR HERNANDEZ;
DAVID HERNANDEZ; SOCORRO
HERNANDEZ; JOSE HERNANDEZ;
LUCIA HERNANDEZ; ALBERTO
RODRIGUEZ; D.R., by and through his
Guardian ad Litem, Lucia Hernandez; GIGI
RODRIGUEZ; RUDOLPH RODRIGUEZ;
RAFAEL HERNANDEZ; J.H., by and
through his Guardian ad Litem, Loreen

**COMPLAINT FOR DAMAGES**

Herron; LOREEN HERRON; RICHARD W. HERRON; RICHARD A. HERRON; TAMIKO HERRON; ADAM HIGGINS; K.H., by and through her Guardian ad Litem, Valerie Higgins; K.H., by and through his Guardian ad Litem, Valerie Higgins; VALERIE HIGGINS; JOSEPHINE PINA; GRACE HIURA; ALYSSA KANESHIRO; CATHY KANESHIRO; LANCE KANESHIRO; RYAN KANESHIRO; CONSTANZA HODGE; DANIEL MELLIBOSKY; V.M., by and through her Guardian ad Litem, Daniel Mellibosky; SAMEYIA HOSSINE; S.S., by and through his Guardian ad Litem, Sameyia Hossine; NOORALLAH SIDIQI; WEIDA SIDIQI; Z.S., by and through her Guardian ad Litem, Sameyia Hossine; LINDA HOUSDEN; ADRIANA HUERTA; HUBI NAVARRETE; J.N., by and through his Guardian ad Litem, Adriana Huerta; BETT HUFFAKER; DAVID HUFFAKER; LEONARD HURST; BALINDER JAMMU; JASPAL JAMMU; P.J., by and through her Guardian ad Litem, Vir Amar Singh Jammu; VIR AMAR SINGH JAMMU; CHRISTOPHER JANCICH; CASTA JIMENEZ; JORGE ESTRADA JIMENEZ; LYDIA JIMENEZ; NORMA JIMENEZ; JASON JIMISON; M.J., by and through her Guardian ad Litem, Jason Jimison; M.J., by and through her Guardian ad Litem, Jason Jimison; TIFFANY POLK; AMY JOHNSON; A.J., by and through her Guardian ad Litem, Amy Johnson; BEN JOHNSON; G.J., by and through her Guardian ad Litem, Ben Johnson; L.J., by and through his Guardian ad Litem, Ben Johnson; ERIN JOHNSON; C.M., by and through her Guardian ad Litem, Craig MacRae; CRAIG MACRAE; BELINDA KAI; BRANDON KAI; CHRISTINA KAI; STEVEN KAI; ZAHRA KARIMKHANI; ARAMIS SAEEDNIA; A.S., by and through her Guardian ad Litem, Omid Saeednia; OMID SAEEDNIA; PEARLEEN KAUR; E.S., by and through his Guardian ad Litem, Pearleen Kaur; K.S., by and through her Guardian ad Litem, Pearleen Kaur; JASPREET SINGH;

**COMPLAINT FOR DAMAGES**

RUPINDERJIT KAUR; SANDEEP KAUR;
RAMANDEEP SINGH; JOGINDER SINGH;
MADELYN KELLY; MICHELLE KELLY;
THOMAS KELLY; STEWART KELMAN;
ADAM KESSLER; GERTRUDE CANDY
KESSLER; MATTHEW KIM; MI YUN
KIM; TIMOTHY KIM; MUNG JA KIM;
CAROLYN KRYSTAL; RICHARD
KRYSTAL; YONG KIM; YOUNG KIM;
CAROLINA KING; CHRISTINA KING;
ALEKSANDER NESKOVICH; VERICA
NESKOVICH; JOSEFINA KING; MARCUS
KING; JOEL KLING; MIKE KNOX;
NICOLE KNOX; VIVIEN KNOX; ANNA
KOMENDA; ESTHER KRIESKI; H.K., by
and through her Guardian ad Litem, Matthew
Krieski; H.K., by and through his Guardian ad
Litem, Matthew Krieski; MATTHEW
KRIESKI; AARON KRUMER; EDWARD
KRUMER; ORIT MALKIS; BARBARA
KUSH; ROBERT KUSH; R.K., by and
through his Guardian ad Litem, Barbara Kush;
HARMIT KWATRA; PREET KWATRA;
ANTONIO LACANILAO; A.L., by and
through her Guardian ad Litem, Cromwell
Lacanilao; CROMWELL LACANILAO;
C.R.L., by and through her Guardian ad
Litem, Cromwell Lacanilao; ROLAND
LACANILAO; ROSALIA LACANILAO;
ADA ROJAS; STEPHANIE LANEY; TERI
LAYNE; DUSTIN LE; MIMI LE; PHUCAN
LE; PHUONG LE; ANDREA LEENER;
CRAIG LEENER; B.L., by and through his
Guardian ad Litem, Lorena Lemus; D.L., by
and through his Guardian ad Litem, Lorena
Lemus; ELMER LEMUS; LORENA
LEMUS; M.L., by and through his Guardian
ad Litem, Lorena Lemus; BREANNA
LEOHARDT; DONNA LEOHARDT; RON
LEOHARDT; DARRELL LEONARD;
JENNIFER STERLING-TROTTER; LESLIE
LEVENSON; PAUL LEVENSON; BELLA
LEVIN; EDWARD LEVIN; L.L., by and
through her Guardian ad Litem, Bella Levin;
I.L., by and through his Guardian ad Litem,
Bella Levin; BETTY LIEWER, by and
through her Successor in Interest, Charlotte
Stanchfield; CHARLOTTE STANCHFIELD;

**COMPLAINT FOR DAMAGES**

TRENT STANCHFIELD; HILDA LITTLEFIELD; WILLIAM LITTLEFIELD; JOSE LOPEZ HERRERA; ANITA LOPEZ; A.L., by and through his Guardian ad Litem, Anita Lopez; ALONDRA LOPEZ; GISELA LOPEZ; HECTOR LOPEZ; HECTOR S. LOPEZ; KIMBERLY LOPEZ; RODOLFO LOPEZ; ANAIS YAZMAJIAN; INGRID YAZMAJIAN; WILLIAM YAZMAJIAN; CZARINA LOUIE; J.L., by and through his Guardian ad Litem, Czarina Louie; ROBERT LOUIE; T.L., by and through her Guardian ad Litem, Czarina Louie; GEORGE LOWE; A.L., by and through her Guardian ad Litem, Mary Ann Oadell; G.L., by and through his Guardian ad Litem, Mary Ann Oadell; MARY ANN OADELL; ROSA OADELL; MARIA LUCHERO; MATTHEW LUCHERO; EDWIN LUCO; IRENE LUCO; AMANDA MACIAS; ARMANDO MACIAS; DEBBIE MACIAS; J.M., by and through her Guardian ad Litem, Janet Sanchez; J.M., by and through his Guardian ad Litem, Janet Sanchez; GUALBERTO SANCHEZ; JANET SANCHEZ; JEREMIAH SANCHEZ; ALMA MAGARRO; J.P., by and through her Guardian ad Litem, Jerome Troy; J.P., by and through her Guardian ad Litem, Jerome Troy; JEROME TROY; ALMIRA MAHALUF; FERNANDO MAHALUF; MARTIN MAHALUF; M.M., by and through her Guardian ad Litem, Fernando Mahaluf; SILVANA MAHALUF; JARRO MALABANAN; JORRIEL MALABANAN; JOSEPHINE MALABANAN; RAMIEL MALABANAN; BRIAN MANNING; G.M., by and through her Guardian ad Litem, Megan Manning; H.M., by and through his Guardian ad Litem, Megan Manning; HUNTER MANNING; MEGAN MANNING; PATRICIA MARBURY; TOMMY MORGAN; JULIE MARCHER; STUART MARCHER; JENNY MARINO; KATELYN MARINO; K.M., by and through her Guardian ad Litem, Michael Marino; M.M., by and through her Guardian ad Litem, Michael Marino; MICHAEL MARINO; NATHANIEL MARINO; BRECKEN

**COMPLAINT FOR DAMAGES**

MAROME; DENISE MAROME; K.M., by and through his Guardian ad Litem, Denise Marome; RONEN MAROME; ARTURO MARQUEZ; ELIZABETH MARQUEZ, J.M., by and through his Guardian ad Litem, Elizabeth Marquez; MATTHEW MARQUEZ; M.L.M., by and through her Guardian ad Litem, Matthew Marquez; CARLOS MARTINEZ; CHRISTY MARTINEZ; GABRIEL MARTINEZ; ROY MARTINEZ; SONIA G. MARTINEZ; SONIA M. MARTINEZ; JUSTIN MARTINEZ; LATONIA MARTINEZ; MANUEL MARTINEZ; QUENTIN MARTINEZ; LAUREN MARTINEZ; MICHAEL MCCLAFFERTY; SALLY MARTINEZ; LISA MARIE SMITH; ROBERT SMITH; JORNA MARUAL; GLEN OFRIN; J.O., by and through his Guardian ad Litem, Jorna Marual; K.S., by and through her Guardian ad Litem, Jorna Marual; KRISZTINA MARX; LASZLO MARX; PAMELA MATTESON; CHANDLER MCCALLA; E.M., by and through her Guardian ad Litem, Chandler McCalla; I.M., by and through her Guardian ad Litem, Chandler McCalla; Q.M., by and through his Guardian ad Litem, Chandler McCalla; ZACHARY MCCALLA; MARC MCCALLA; MONIQUE MCCALLA; CLAUDETTE TARDIF; MICHAEL MCCARTY; RUTH MCCARTY; JAMES MCCLAFFERTY; MARK MCCLAFFERTY; MONICA MCCLAFFERTY; E.M., by and through his Guardian ad Litem, Kari McCoy; F.M., by and through his Guardian ad Litem, Kari McCoy; JIMMY MCCOY; KARI MCCOY; P.M., by and through his Guardian ad Litem, Kari McCoy; ANNE MCGEE, by and through her Successor in Interest, Ashley McGee; ASHLEY MCGEE; SEAN MCGEE; PATRICIA MCGOWAN; HARRY SCHLESS; MARION MCGRAW; TERRI MCGRAW; DEBRA MCKAY; TIFFANY MCMAHON-SHIELDS; FELICIANO SHIELDS; K.S., by and through her Guardian ad Litem, Feliciano Shields; M.S., by and through her Guardian ad Litem, Feliciano Shields; CHRISTIAN MELAVOSKI; YANA

- 18 -
**COMPLAINT FOR DAMAGES**

MELLIBOSKY; GUILLERMO MELENDREZ; ERIN PRADO; DESIREE PRADO; GUADALUPE MELGOZA-RUIZ; JESUS RUIZ; JULIA RUIZ; M.R., by and through his Guardian ad Litem, Guadalupe Melgoza-Ruiz; GUADALUPE MELGOZA; RAUL MELGOZA; ERIC MENCHACA; JESSICA MENCHACA; L.M., by and through her Guardian ad Litem, Eric Menchaca; BRIAN MENDEZ; MARIIA MENDEZ KOROL; ADRIENNE MILEY; JEFFREY MILEY; WARREN MILEY; EVE MILLER; SARA TROKEY; MADELEINE MONDRAGON; EMILIANO RODRIGUEZ; SUSAN MOODY; C.M., by and through his Guardian ad Litem, Shawn Moore; M.M., by and through his Guardian ad Litem, Shawn Moore; SHAWN MOORE; ADRIAN MORENO; DIEGO MORENO; G.M., by and through her Guardian ad Litem, Monica Moreno; MONICA MORENO; ARYANA MORENO; FERNANDO MORENO; MORAYMA MORENO; ANGELINA MOUNOZ; VICTOR RUELAS; KRISTINA ZEPEDA; MELISSA MURADIAN; VACHE MURADIAN; DANIEL NABA; SANDI NABA; KALISTON NADER; H.N., by and through her Guardian ad Litem, Felicia Shinn; FELICIA SHINN; A.N., by and through her Guardian ad Litem, Jeanette Rodriguez; B.N., by and through her Guardian ad Litem, Jeanette Rodriguez; FERNANDO NAVARRETE; M.N., by and through her Guardian ad Litem, Jeanette Rodriguez; JEANETTE RODRIGUEZ; K.R., by and through her Guardian ad Litem, Jeanette Rodriguez; LAUREN NEFF; JOSHUA JOSEPH NEGRETE; LINDA DENEEN NEGRETE; ANI NEIRA; A.N., by and through her Guardian ad Litem, Jorge Neira; JORGE NEIRA; DAVID NEWPORT; AMIR NIKNAM; ABRAHAM NOMA; REBECCA NOMA; NICK NORMAN; CHRISTINA NOYOLA; ELIZABETH NOYOLA; EMILIO NOYOLA; LETICIA NOYOLA; ANA NOVILLO; ESTANISLAO NOVILLO; LUIS NOVILLO; OSITA NWABUZOR; JEROME OLARTE; XAVIER OLARTE;

**COMPLAINT FOR DAMAGES**

FABIOLA PALACIOS; B.P., by and through his Guardian ad Litem, Fabiola Palacios; ISSAC PELAEZ; N.P., by and through his Guardian ad Litem, Fabiola Palacios; YOSELIN PELAEZ; RAFAEL OLIVAS; ELIZABETH PANIAGUA; ANDRE OLIVIER; SHERYL OLIVIER; JOSEPH ONUEKWUSI; BRIXELL ORELLANA; NORMA ORELLANA; JUAN ORTIZ MEJIAS; JUAN ORTIZ-MARTINEZ; LEANDRO ORTIZ-MARTINEZ; NICHOLAS ORTIZ-MARTINEZ; DIANA ORTIZ; K.J., by and through her Guardian ad Litem, Diana Ortiz; J.J., by and through his Guardian ad Litem, Diana Ortiz; JESUS ORTIZ; JORGE ORTIZ; AMZI SALINAS; GREGORY OWEN; JULIETTE OWEN; SUSAN OWEN; OMAR PACHECO; ALEXANDRA PAGE; CHRISTOPHER PAGE; L.P., by and through his Guardian ad Litem, Christopher Page; L.P., by and through her Guardian ad Litem, Christopher Page; L.P., by and through her Guardian ad Litem, Christopher Page; OSCAR PANIAGUA CHAVEZ; OSCAR PANIAGUA; GABRIELA PANIAGUA; ADRIAN PAR; AERIAL PAR; ALEX PAR; LEONCIA PAR; BRET PARIS; JOSHUA ROBERSON; ROBYNE ROBERSON; LAURYN PARTINGTON; BILLIE PAVELKA; MICHAEL PAVELKA; ANGELICA PEREZ; D.W., by and through his Guardian ad Litem, Angelica Perez; M.W., by and through her Guardian ad Litem, Angelica Perez; M.W., by and through his Guardian ad Litem, Angelica Perez; RICHARD C. WINKLER; RENE PEREZ; SHALAETRA PORTER; SHEILA PORTER; VICKI PRIMEAUX-ULEMAN; CHRISTIAN ULEMAN; ISABELLE ULEMAN; ANDERSON PRINCE; LOUTRESA WILLIS; E.Y., by and through her Guardian ad Litem, Loutresa Willis; ERNEST YOUNG; K.Y., by and through her Guardian ad Litem, Loutresa Willis; OMAR YAMI PROANO GOMEZ; MONICA TAFUR; AMATUL QAZI; J.Q., by and through her Guardian ad Litem, Zuhair Qazi; ZUHAIR QAZI; ALICIA RABINOFF;

**COMPLAINT FOR DAMAGES**

ANDREW RAHAL; ASSAD RAHAL;
SYLVIA RAHAL; YEGHSABETH
VOSKIAN; LAMIA YOUSSEF; DINORAH
RAMIREZ; ALBA VELASCO; DINORAH
VELASCO; FERNANDO VELASCO;
GUADALUPE RAMIREZ; C.R., by and
through her Guardian ad Litem, Guadalupe
Ramirez; JAZMIN REYES; L.R., by and
through his Guardian ad Litem, Guadalupe
Ramirez; ISABELLA RAMOS; JAMES R.
RAMOS; TONI RIVERA RAMOS;
JONATHAN RAMOS; ELSA RANDALL;
RICHARD RANDALL; ANDREW RAPKO;
AMALIA VARGAS; SAMUEL VARGAS;
CHARMAIN RHABURN; MARIO
RICHARD; AJA RICHARDSON; KARLOS
RICHARDSON; K.R., by and through his
Guardian ad Litem, Karlos Richardson; K.R.,
by and through his Guardian ad Litem, Karlos
Richardson; KAZIAH RICHARDSON;
TIMOTHY RIDOSH; TERESA VELARDI;
GINGER RITCHIE; JACK RITCHIE; JOHN
RITCHIE; J.R., by and through his Guardian
ad Litem, Ginger Ritchie; ANNA RIVAS;
DANIEL RIVERA; D.R., by and through his
Guardian ad Litem, Daniel Rivera; TERESA
RIVERA; GABRIEL RIVERA; MARIA
RIVERA; STEVEN RIVERA; IMELDA
RODRIGUEZ; JOSE RODRIGUEZ;
MAGALI RODRIGUEZ; JOSE ZALDIVAR;
JOHN ROLLINS; PATSY ROLLINS; CHRIS
ROSE; CRYSTAL ROSE; K.R., by and
through her Guardian ad Litem, Chris Rose;
M.R., by and through her Guardian ad Litem,
Chris Rose; JAVIER RUEDA; JULIA
RUEDA; UZIEL RUEDA; ZADRAC
RUEDA; ZOROBABEL RUEDA; NANCY
S. RUIZ; NANCY MARIE RUIZ;
ELIZABETH RUNYAN; PAUL RUNYAN;
Z.A.R., by and through her Guardian ad
Litem, Elizabeth Runyan; SILVIA SAENZ;
DESIREE SALCIDO; JESUS SALCIDO;
EDWARD SANCHEZ; IVIE SANCHEZ;
RACHEL SANCHEZ; PATRICIA
SANDOVAL; LUZ SANGALANG;
MICHELLE SANGALANG; ROMEO
SANGALANG; FABRIZIO SANGES;
LODOVICO SANGES; SKYLER SANGES;

- 21 -
**COMPLAINT FOR DAMAGES**

ANNAMARIA SILVESTRO; D.S., by and through his Guardian ad Litem, Annamaria Silvestro; LARA SARKISSIAN; ALEN TARRASIANS; V.T., by and through his Guardian ad Litem, Lara Sarkissian; V.T., by and through her Guardian ad Litem, Lara Sarkissian; ALEXANDER SAZONOV; HELEN SAZONOV; M.S., by and through his Guardian ad Litem, Alexander Sazonov; DANIEL SEIBERT; NANCY SEIBERT; ALLIANA SERRANO; DIANA SERRANO; MARTIN SERRANO; SAMANTHA SERRANO; SILVIA SEVILLA; ADIB SHARIF; DINA SHARIF; SALWA SHARIF; B.S., by and through his Guardian ad Litem, Wayne Shaw; EMILY SHAW; JACKIE SHAW; JACOB SHAW; WAYNE SHAW; T.S., by and through her Guardian ad Litem, Tess Shelton; TESS SHELTON; TREY SHELTON; APRIL SHIMADA; MATTHEW SHIMADA; NICHOLAS SHIMADA; RICHARD SHIMADA; MARY BETH SHIMKUS; BAILEY WILL; ELEANOR WILL; DANIELLE SILVA; JOHN V. SILVA; J.S., by and through his Guardian ad Litem, Danielle Silva; L.S., by and through her Guardian ad Litem, Danielle Silva; ARMAN SIMONYAN; JUAN SIRRI; STEPHANY SIRRI; V.S., by and through her Guardian ad Litem, Juan Sirri; Z.S., by and through her Guardian ad Litem, Juan Sirri; BRYAN SMITH; G.S., by and through her Guardian ad Litem, Bryan Smith; JACKSON SMITH; SHERRI SMITH; CELINE SMITH; DAVID SMITH; CRAIG SMITH; CYNTHIA SMITH; DIXON SMITH; H.S., by and through his Guardian ad Litem, Dixon Smith; LISA MARIA PUCKETT SMITH; P.S., by and through his Guardian ad Litem, Dixon Smith; LUKE SMITH; MEKENA SMITH; STACEY SMITH; TODD SMITH; BRENNEN SMOLYANITSKY; DIMITRY SMOLYANITSKY; RYAN SMOLYANITSKY; MARINA VAYER; KAMERYN SMUDDE; KATHRYN SMUDDE; KELLY SMUDDE; R. ALLEN SMUDDE; BRITTANY SOLIS; DANIEL SOLIS; D.A.S., by and through his Guardian

- 22 -
**COMPLAINT FOR DAMAGES**

ad Litem, Brittany Solis; V.M.S., by and
through her Guardian ad Litem, Brittany
Solis; CARMEN SOLIS; DANNY SOLIS;
LORI SOUZA; SUSAN STAMPA-STEIN;
DAVID STEIN; JUSTIN STANFORD;
RALEIGH STANLEY SR.; SHIRLEY
STANLEY; JEFFREY STEIN; DIMITRY
STRUGACH; E.S., by and through his
Guardian ad Litem, Neri Strugach; KYLE
STRUGACH; NERI STRUGACH;
TATYANA STRUGACH; JULIO SUAZO;
I.T., by and through her Guardian ad Litem,
Salvatore Tardibuono; SALVATORE
TARDIBUONO; AMBER TEAGUE; J.T., by
and through her Guardian ad Litem, Richard
Teague; M.T., by and through her Guardian ad
Litem, Richard Teague; RICHARD
TEAGUE; ERIKA TEJEDA-LOPEZ;
GISSELLE URRUTIA; KIMBERLY
URRUTIA; AMANDA TEKINCEER; B.T.,
by and through his Guardian ad Litem, Kaan
Tekinceer; HIDAYA TEKINCEER; I.T., by
and through her Guardian ad Litem, Kaan
Tekinceer; KAAN TEKINCEER; K.T., by
and through his Guardian ad Litem, Kaan
Tekinceer; K.T., by and through his Guardian
ad Litem, Kaan Tekinceer; N.T., by and
through her Guardian ad Litem, Kaan
Tekinceer; Z.T., by and through his Guardian
ad Litem, Kaan Tekinceer; A.T., by and
through her Guardian ad Litem, Mario
Terrazas; ALEXIS TERRAZAS; MARIO
TERRAZAS; PAULA TERRAZAS;
ANTHONY VILLARREAL; B.T., by and
through his Guardian ad Litem, Brittany
Terry; BRITTANY TERRY; JACOB
TERRY; P.T., by and through his Guardian ad
Litem, Brittany Terry; DANNY TISHER;
JANELLE TISHER; IGOR TOLMATSKY;
INNA TOLMATSKY; NICOLE TOROSIAN;
BRITTANY TRICK; ROBERT TRICK;
CONCEPCION ULLOA; RODOLFO
ULLOA; KENICHI UMEMOTO; KEVIN
UMEMOTO; LARA UMEMOTO; RYAN
UMEMOTO; ENO UNAH; MOSES UNAH;
GALEN UPTGRAFT; PAULETTE
UPTGRAFT; ALFONSO VALENCIA; A.V.,
by and through her Guardian ad Litem,

**COMPLAINT FOR DAMAGES**

Alfonso Valencia; C.V., by and through his Guardian ad Litem, Alfonso Valencia; REBECCA VALENCIA; JOSE VALLE; BRAD VAN QUEKELBERG; HEATHER VAN QUEKELBERG; AURORA VASQUEZ; CARLOS VASQUEZ; BENJAMIN VENTURA; JACOB VENTURA; JOSHUA VENTURA; MARICELA VENTURA; ALEXANDER VILLAR; NATHAN VILLAR; RHONDA VILLAR; MARCO VILLEGAS; MARCO A. VILLEGAS; MARTINA VILLEGAS; NOELLE YEE; HALEY VOMBAUR; PAIGE VOMBAUR; ELIZABETH WHITE; K.W., by and through her Guardian ad Litem, Randall White; K.W., by and through her Guardian ad Litem, Randall White; RANDALL WHITE; APRIL WILLIAMS; CHERISH WILLIAMS; TOBIAS WILLIAMS; JOSEPH WILSON; A.W., by and through her Guardian ad Litem, Jeffrey Winger; B.W., by and through his Guardian ad Litem, Jeffrey Winger; C.W., by and through her Guardian ad Litem, Jeffrey Winger; JEFFREY WINGER; LEAH WINGER; BETTY YEE; CATHLENE YIM; BELLIN YOUKHANEH; EDWARD YOUKHANEH; MATTHEW YOUKHANEH; and MANUEL CASTELLANOS MUNDO,

        Plaintiffs,

        v.

CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US. INC., a Delaware Corporation; and DOES 1 through 150, inclusive,

        Defendants.

- 24 -

**COMPLAINT FOR DAMAGES**

COME NOW the Plaintiffs, FERNANDO PEREZ; NORMA RIVERA PAIZ; MOHAMED ABDELBAKY; MAGDA ABDELBAKY; MAHMOUD ABDELBAKY; CHRISTOPHER ACEVEDO; EDUARDO ACEVEDO; F.E.A., by and through his Guardian ad Litem, Claudia Davalos; CLAUDIA DAVALOS; HUGO DAVALOS; MURAT KILICASLAN; M.E.K., by and through his Guardian ad Litem, Claudia Davalos; MARIA ISABEL AGUIRRE; ADRIANA CERVANTES; J.C., by and through her Guardian ad Litem, Elizabeth Vera; MIGUEL CERVANTES; SEBASTIAN CERVANTES; ELIZABETH VERA; RICARDO AISPURO; A.A., by and through her Guardian ad Litem, Kathakali Roy; EMRE AKICI; E.S.A., by and through his Guardian ad Litem, Kathakali Roy; BHASWAT ROY; JAGATJIT ROY; KATHAKALI ROY; MAZIAR ALAGHEBAND; SAIED ALAGHEBAND; LACUION JOHNSON; JENNIFER ALBERT; VIKTORIA ALEBIAN; L.T., by and through her Guardian ad Litem, Michael Ter-papyan  ; LEYLI TER-PAPYAN; MICHAEL TER-PAPYAN; MOVSES ARUTYUN TER-PAPYAN; M.T., by and through his Guardian ad Litem, Michael Ter-papyan; JUAN CARLOS ALFONSO; MARLENE ALFONSO; A.A., by and through her Guardian ad Litem, Rana Sharif; K.A., by and through her Guardian ad Litem, Rana Sharif; ZAID ALSHARIF; RANA SHARIF; BYRON ALVARADO; L.A., by and through his Guardian ad Litem, Ricardo Alvarez Sr.; L.A., by and through his Guardian ad Litem, Ricardo Alvarez Sr.; M.A., by and through his Guardian ad Litem, Ricardo Alvarez Sr.; RICARDO ALVAREZ SR.; RICARDO ALVAREZ; VICTOR ALEXANDER ALVAREZ; VALERIE RODRIGUEZ; MARIA ZARAGOZA; BELLA ALVINO; JACK ALVINO; TARA ALVINO; JUDITH HILLER; A.A., by and through his Guardian ad Litem, Jose Amaya; A.A., by and through his Guardian ad Litem, Jose Amaya; A.A., by and through her Guardian ad Litem, Jose Amaya; CATALINA AMAYA; JOSE AMAYA; MERCEDES AMAYA; CARISMA CHAIDEZ; DIANA GONZALEZ; YOSIO GONZALEZ; DESTINY PEREZ;  ; I.P., by and through his Guardian ad Litem, Diana Gonzalez; JULIANY PEREZ; MARTHA AMES; NICK BERSINGER; RICHARD BERSINGER; GARY FULLER; MATTHEW ANAYA; CLAUDIA GALLEGOS; BETTY ANCEWICZ; CHARLES ANCEWICZ; J.A., by and through his Guardian ad Litem, Joseph Ancewicz; JENNIFER ANCEWICZ; JOSEPH ANCEWICZ; LUCAS ANCEWICZ; GARY ANDERSON; JOSHUA ANDERSON; ROSALYN ANDERSON; LOURDE ANDRADE; VERONICA GOMEZ CARRILLO; ALAN PEREZ; D.C.P., by and through her Guardian ad Litem,

Alan Perez; LUIS ROSAS; B.A., by and through his Guardian ad Litem, Aracendy Lopez; RIGOBERTO ANGUIANO; VRISA ANGUIANO; ARACENDY LOPEZ; L.E.M., by and through his Guardian ad Litem, Aracendy Lopez; LUIS MORENO; ELANA ANZENBERG; YOLANDA ARAGON; LUIS A. FLORES; JEANETTE ARAMBULA-DAVALOS; TATIANA DAVALOS; V.D., by and through his Guardian ad Litem, Jeanette Arambula-Davalos; MAYRA ARAMBULA-HERNANDEZ; ANABELLA HERNANDEZ; ANALYSSE HERNANDEZ; ANTOINETTE HERNANDEZ; BRANDEN ARAUJO; CLAUDIO ARAUJO; ELBA MONICA ARAUJO; GABRIEL ARAUJO; NATALIE ARAUJO; G.R., by and through his Guardian ad Litem, Natalie Araujo; MARCUS RIVERA; SHARAREH ARDALAN-KIRKLAND; B.K., by and through his Guardian ad Litem, Sharareh Ardalan-Kirkland; ERIC KIRKLAND; J.K., by and through his Guardian ad Litem, Sharareh Ardalan-Kirkland; T.K., by and through his Guardian ad Litem, Sharareh Ardalan-Kirkland; LAUREN ARIAS; ARLET ARRATOONIAN; EMILY BAGHRAMIAN; SAMUEL BAGHRAMIAN; BRANDON ARRINGTON; S.A., by and through his Guardian ad Litem, Brandon Arrington; JADA MORRISON; C.A., by and through his Guardian ad Litem, Cecia Gomez; CECIA GOMEZ; MARCOS PIEDRA; V.P., by and through her Guardian ad Litem, Cecia Gomez; Z.P., by and through her Guardian ad Litem, Cecia Gomez; JESUS ARROYO; SERGIO ARROYO; ALMA LIZARRAGA ORTEGA; CLAUDIA ASCENCIO; AMBER HUGHES; A.H., by and through her Guardian ad Litem, Claudia Ascencio; JASON HUGHES; NELIS LOPEZ; PATRICIA ATILANO-COHN; RICHARD COHN; ANGELICA AYON; JUAN JOSE IBARRA; JUAN PABLO IBARRA; K.I., by and through her Guardian ad Litem, Angelica Ayon; A.A., by and through her Guardian ad Litem, Paola Espinoza; ISIDRO AYON; ISMAEL AYON; I.A., by and through his Guardian ad Litem, Paola Espinoza; NEREIDA ESPINOZA; PAOLA ESPINOZA; MARIA AYON; R.B., by and through her Guardian ad Litem, Jacqueline Flores; JACQUELINE FLORES; JOEL FLORES; JOEL FLORES JR.; A.A., by and through his Guardian ad Litem, Lou Ayuso; GABY AYUSO; LOU AYUSO; AXEL ROSALES; ANDREW AZOUZ; A.A., by and through her Guardian ad Litem, Andrew Azouz; E.A., by and through his Guardian ad Litem, Andrew Azouz; W.A., by and through his Guardian ad Litem, Andrew Azouz; LAUREN BROWN; JEANELLE BACAT; JERRON BACAT; ROSESDO BACAT; HORMOZ BADALOROUMIEH; PENOEIL BADALOROUMIEH; EKATERINA LAVRENTYEVA;

ILBOROUN BADALOROUMIEH; NAIRA BADALYAN; PETROS BADALYAN; TEREZA BADALYAN; AGAVNI GRIGORIAN; ALLEN BADER; KELLY BADER; PATRICIA BAGAROTTI; ROBERT BAGAROTTI; RYAN BAGAROTTI; STEVEN BAGAROTTI; JULIA SALAS; ELAINE BALLACE; F.B., by and through her Guardian ad Litem, Jennifer Ballesteros; JENNIFER BALLESTEROS; JOHN OSMONSON; D.O., by and through his Guardian ad Litem, John Osmonson; GABRIELA BANALES; APRIL BANUELOS; ELENA BARANOVA; VADIM SUSLOV; JOEY BARASCH; JOSEPH BARASCH; KRISTI BARASCH; K.B., by and through his Guardian ad Litem, Kristi Barasch; AMIE BARATT; LISA BARATT; B.R., by and through her Guardian ad Litem, Amie Baratt; HELEN OKANE BARKLEY; M.B., by and through her Guardian ad Litem, Madison Hamilton; ANGELA HAMILTON; KAITLIN HAMILTON; MADISON HAMILTON; M.H., by and through her Guardian ad Litem, Madison Hamilton; STEVEN BARTON; SYLVIA BARTON; BARINDER SINGH BATTH; T.B., by and through his Guardian ad Litem, Manjot Kaur; T.B., by and through his Guardian ad Litem, Manjot Kaur; MANJOT KAUR; LORI BAUER; ELOISA BAYACAL; CARLOS PENALOZA; CARLOS PENALOZA ACOSTA; EGSHIGLEN BAYARSAIKHAN; ALEJANDRO KIM; STEPHANIE BEARD; GINA HAIRE; JAY KING; KAELYN OLIVER; KYLE OLIVER; TATYANA BELENKAYA; DAVID KREMENETSKY; JULIA KREMENETSKY; MICHAEL KREMENETSKY; K.B., by and through her Guardian ad Litem, Mark Sypher; MARK SYPHER; MICHELLE SYPHER; SHANE SYPHER; RUTH BELL; JOSHUA WEAVER; KYRA WEAVER; MARALYN WEAVER; REANA WEAVER; MARISOL BENAVIDES; GLORIA RESTREPO GIRALDO; SCOTT GREEN; RICHARD HERRERA; BRITTANY BERGGREN; ERNESTO BERNAL; MARIA ISABEL BERNAL; URBANO MARTINEZ; C.B., by and through his Guardian ad Litem, Kristin Berryman; KRISTIN BERRYMAN; HAYLEY BERRYMAN; JUSTIN BERRYMAN; ERIC BERTUCH; LORE BERTUCH; NORBERT HERNANDEZ; MARTA BIEDES; MONICA BIEDES; ROSEMARIE BIEDES; RUDAINA BIEDES; SAMANTHA BIEDES; ZIYAD BIEDES; LEELANNEE BLACK; ADELINE BLOCK; DAVID BLOCK; DEKA BODINE; JOHN HANSEN; CHELSEA BOGGIO; GREGORY OWEN II; MAKENNA BOGGIO; CONNOR ROACH; ANA BOLANOS; ROLANDO BOLANOS; EFFAT BOLOOURCHI; FARIDEH HAGHAYEGHI; GABRIEL BONILLA; MARK BOOTHBY; PATRICIA GLEASON; F.B., by and through his Guardian

**COMPLAINT FOR DAMAGES**

ad Litem, Kristin Borland; KRISTIN BORLAND; P.B., by and through her Guardian ad Litem, Kristin Borland; WILLIAM BORLAND; JOSH BORYS; JULI PELLER; SCOTT PELLER; TAMMY BOULE; BORNA BOUSTANI; TAMARA BOYLL-OLAH; JUAN ELIZALDE; DANICA BRADENBAUGH; D.B., by and through his Guardian ad Litem, Danica Bradenbaugh; J.B., by and through his Guardian ad Litem, Danica Bradenbaugh; JEROME BRADENBAUGH; SAM BRANCH; Z.B., by and through his Guardian ad Litem, Chaticia Wright; E.W., by and through her Guardian ad Litem, Chaticia Wright; K.W., by and through her Guardian ad Litem, Chaticia Wright; CHATICIA WRIGHT; RODNEY WRIGHT; BRIANNA BRICKER; SANDY BRICKER; TIM BRICKER; RAPHAEL BRIGHT; SKYLAR BRIGHT; LILY WONG; KATHERINE BROOK; LISA CRAIG; J.C., by and through his Guardian ad Litem, Lisa Craig; THOMAS CRAIG; A.K., by and through her Guardian ad Litem, Lisa Craig; J.B., by and through his Guardian ad Litem, Michael Bruckner; MEGAN BRUCKNER; MICHAEL BRUCKNER; B.B., by and through his Guardian ad Litem, Matthew Bruno; BRYNNE BRUNO; MATTHEW BRUNO; S.B., by and through his Guardian ad Litem, Matthew Bruno; LORNA BUTLER; DAVID CABRERA; ELIZABETH CABRERA; JACOB CABRERA; RENE CABRERA; JEAN CACCIARELLI; ROBERT CACCIARELLI; FRANK TARDIBUONO; ANGELA CACERES; JORGE CACERES; LYDA CACERES; AMY CAFFEY; EMILY CAFFEY; K.C., by and through her Guardian ad Litem, Matt Caffey; RACHEL CAFFEY; MATT CAFFEY; S.C., by and through her Guardian ad Litem, Samantha Ramirez; JOHN RAMIREZ JR,; J.J.R., by and through his Guardian ad Litem, Monica Ramirez; MONICA RAMIREZ; SAMANTHA RAMIREZ; ASHLEY CANTU; I.C., by and through his Guardian ad Litem, Candice Crockford; L.C., by and through his Guardian ad Litem, Candice Crockford; ROLAND CANTU; CANDICE  CROCKFORD; KYLE KELSEY CROCKFORD; K.G., by and through her Guardian ad Litem, Ashley Cantu; EDWARD KELSEY; T.K., by and through her Guardian ad Litem, Candice Crockford; MATTHEW CARBAJAL; L.C., by and through her Guardian ad Litem, Matthew Carbajal; DENISE CARBERRY; JAYDEN CARBERRY; LA VONNE CARBERRY; SHAWN CARBERRY; NATHAN MARTINEZ; ADRIAN CARDONA; CHRISTOPHER ROBLES; EMELIANA ROBLES; MELISSA ROBLES; WENDY CARLISLE; RITCHIE WILLIAMS; CONSUELO CARRILLO; BRENDA GOMEZ; SERGIO GOMEZ; HEATHER CARSON; MARCUS CARTER; ROSEMARY

**COMPLAINT FOR DAMAGES**

SALAZAR; LIBERTY CASAS; MARK CASAS; VANESSA CASAS; M.H., by and through his Guardian ad Litem, Vanessa Casas; L.M., by and through her Guardian ad Litem, Liberty Casas; ELVIRA PEREZ; REBECCA CASILLAS; SANTIAGO CASILLAS; MARISSA CASTILLO; NICHOLAS CASTILLO; JUAN CASTANO; ESTELLA CASTELLANOS; ARMONDO RODRIGUEZ; DAMIAN RODRIGUEZ; CARMEN CASTIEL; JAMIE CASTIEL; ELLEN CASTRO; FLAVIO CASTRO; LILIAN CASTRO; M.C., by and through her Guardian ad Litem, Michelle Castro; MICHELLE CASTRO; STEVE CENICEROS; DARRELL CHADWICK; WENDY CHADWICK; JESSICA CHAHUA; L.C., by and through her Guardian ad Litem, Pyro Chahua; PYRO CHAHUA; AMY CHAPIN; RYAN CHAPIN; HALEY CHARRON; MICHELLE CHARRON; MICHAEL GONZALEZ; CAMILLE CHATEAU; JOSEPH CHATEAU; TANYATTA CHATEAU; JESSIE CHAVEZ; LYDIA GUDINO; ANTHONY CHING; BENJAPON CHING; LINDSEY CHING; RYAN CHING; BONITA CHO; BRANDON CHO; CHELSEA CHO; MARK CHO; SANDY CHO; DOUG HIURA; C.H., by and through his Guardian ad Litem, Doug Hiura; MILES HIURA; GRACE CHOI; MOON CHOI; TYLER CHRISTENSEN; CASSIDY FAETH; CHERI FAETH; CHRIS FAETH; CUAHUHTEMOC CISNEROS; RAMON CISNEROS; MATTHEW CISNEROS; ALEXANDER VILLARREAL; LETICIA VILLARREAL; MANUEL VILLARREAL; NATALIA VILLARREAL; YVONNE VILLARREAL; NANCY CLARK VAN ORDEN; AARON COLEMAN; A.C., by and through her Guardian ad Litem, Aaron Coleman; CLAUDIA COLEMAN; CYNTHIA COLLETTA; NADINE GARCIA; DAVID COLLINS; ESTHER COLLINS; CHRISTIAN CONCHES; ARMIDA ESCALANTE-RIVERA; DIANA RIVERA; R.R.D., by and through his Guardian ad Litem, Diana Rivera; R.R.D., by and through his Guardian ad Litem, Diana Rivera; JENNIFER COOK; ABIGAIL WYRE; BRANDON WYRE; CHRISTINE WYRE; DARREN WYRE; KAYLA WYRE; ZACHARY WYRE; CHRISTINA COOPER; SERGIO CORDERO; JOSEPH CORMIER; D.D., by and through his Guardian ad Litem, Evelyn Dierna; EVELYN DIERNA; DEBBIE CRAIG; JEFF CRAIG; J.V., by and through his Guardian ad Litem, Debbie Craig; RYAN VARSHAWSKY; SYDNEY VARSHAWSKY; MATTHEW CRAWFORD; TINA CRAWFORD; RONALD DOUGHTY; TERRANCE CRAWFORD; RETONIA FOSTER; BRUCE WHITNEY; N.W., by and through his Guardian ad Litem, Retonia Foster; KRYSTLE CRONIN, JEFFREY CRONIN; L.C., by and through his Guardian ad Litem, Krystle

Cronin; M.C., by and through his Guardian ad Litem, Krystle Cronin; A.C., by and through his Guardian ad Litem, Lahoma Cronk; AVA CRONK; LAHOMA CRONK; WILLIAM CRONK; BARTOLO REYES CRUZ; LETICIA AGUIRRE QUINTANA; JENNY REYES; VICTOR TELLEZ; ALYSSA CUERVO; HAYDEE CUERVO; JULIA CUERVO; YURI CUERVO; LEONOR FOOTE; MICHAEL CURRY; KATHERINE HART; JENNIFER CURTIS; KATHERINE CURTIS; KRISTOPHER CURTIS; HEATHER D'ANGELO; MICHAEL D'ANGELO; M.D., by and through her Guardian ad Litem, Heather D'Angelo; R.D., by and through his Guardian ad Litem, Heather D'Angelo; BIANCA DA SILVA CARMO; EUGENIO DA SILVA CARMO; MARCELLO DA SILVA CARMO; C.D., by and through his Guardian ad Litem, Josephine Tajian-Warda; GEORGE DABBOUR; N.D., by and through his Guardian ad Litem, Josephine Tajian-Warda; JOSEPHINE TAJIAN-WARDA; G.D. by and through her Guardian ad Litem, Trevor Dahl; L.D., by and through her Guardian ad Litem, Trevor Dahl; L.D., by and through his Guardian ad Litem, Trevor Dahl; R.D., by and through his Guardian ad Litem, Trevor Dahl; SHELBY DAHL; TREVOR DAHL; W.D., by and through his Guardian ad Litem, Trevor Dahl; C.D., by and through his Guardian ad Litem, Cassie Daly; C.D., by and through his Guardian ad Litem, Cassie Daly; CASSIE DALY; CONNOR DALY; THUY DANG; J.T., by and through his Guardian ad Litem, Thuy Dang; LENA TRINH; MINH TRINH; V.T., by and through her Guardian ad Litem, Thuy Dang; V.T., by and through her Guardian ad Litem, Thuy Dang; BRENDA DE LA CRUZ; NORBERTO RODRIGUEZ; CLAUDIA AVILES DE LARIOS; A.L., by and through her Guardian ad Litem, Jose Larios; JOSE LARIOS; K.L., by and through his Guardian ad Litem, Jose Larios; S.L., by and through her Guardian ad Litem, Jose Larios; J.Q., by and through her Guardian ad Litem, Jose Larios; B.D., by and through her Guardian ad Litem, Natalie De Leon; B.D., by and through her Guardian ad Litem, Natalie De Leon; JONATHAN DE LEON; NATALIE DE LEON; N.D., by and through his Guardian ad Litem, Natalie De Leon; APRIL DEEM; KRISTOPHER DEEM; MASON DEEM; VINCENT DEEM; LAWRENCE DEGEORGE; NANETTE DEGEORGE; HALEY SOULE; JOSE ANGEL DE LA CRUZ; ALEXANDER CRUZ FERNANDEZ; DIANA DELGADO-GERSHICK; ISABELLA GERSHICK; VICTORIA GERSHICK; RAMILO DELOS REYES; NICOLE DEMOTT; R.D., by and through his Guardian ad Litem, Nicole DeMott; GRISELDA DEMOTT; MARK DEMOTT; NADIA EL KATEB; ALBERT DENNIS; CHERYL WARDLOW; DAWN

**COMPLAINT FOR DAMAGES**

DENSMORE; ISOLDA OTT; MICHAEL OTT; JAKE DESANTIS; TY DESANTIS; VINCE DESANTIS; WENDY DESANTIS; KEN DESCHINO; KRISTEN DESCHINO; M.D., by and through her Guardian ad Litem, Michael Dickerson II; MICHAEL DICKERSON II; M.D., by and through his Guardian ad Litem, Michael Dickerson II; KRYSTAL DICKERSON; J.D., by and through her Guardian ad Litem, Mark Dickerson Jr.; JOI DICKERSON; MARK DICKERSON; MARK DICKERSON JR.; HIEN DINH; AARON PAK; C.P., by and through her Guardian ad Litem, Lynn Pak; L.P., by and through his Guardian ad Litem, Lynn Pak; LYNN PAK; VAN TRINH; ARAN DOKOVNA; TERRI DOKOVNA; JOSHUA DOMINGO; SHANON GRIMES; DEBRA HUGHES; STEVEN DRAYTON; OLIVIA REED; MARKUS SUTHERLAND; MIHAELA DUCU; ANDREI GAINA; ANDREI JASON GAINA JR.; A.D.G., by and through his Guardian ad Litem, Michaela Ducu; CRYSTAL EARL; DAVID EARL; DESTENEE EARL; DYLEN EARL; NATALIE EARL; SCOTT EARL; DIANE GALVAN; MICHELLE RAD; MOHAMED ELBAKLY; EDWARD ELIAS; VIOLET ELIAS; EFRAIN ELIAS; E.R., by and through his Guardian ad Litem, Ana Salcido; ANA SALCIDO; CHRISTIAN SALCIDO; KARINA SALCIDO; LUIS ALBERTO SALCIDO; VERONICA ELIAS; ERNESTO LOPEZ; SELENA LOPEZ; JEFFREY ELLIS; TERRY ELLIS; I.E., by and through his Guardian ad Litem, Lizet Enriquez; LIZET ENRIQUEZ; SILVIA ENRIQUEZ; ALEXIE EPSTEIN; DENISE OLIVO EPSTEIN; JOSEPH EPSTEIN; KARL EPSTEIN; ELIAS ESCALERA; S.E., by and through her Guardian ad Litem, Desiree Mora; DESIREE MORA; FATIMA PALACIOS; A.E., by and through his Guardian ad Litem, Veronica Jimenez; C.E., by and through her Guardian ad Litem, Veronica Jimenez; CESAR ESCOBAR; M.E., by and through his Guardian ad Litem, Veronica Jimenez; VERONICA JIMENEZ; J.S., by and through his Guardian ad Litem, Veronica Jimenez; MIGUEL ESCOBAR; IRMA TORRES DE ESCOBAR; JOAN ESPINOSA; PAUL ESPINOSA; A.E., by and through her Guardian ad Litem, Diane Harding; CALEB HARDING; DIANE HARDING; EDEN JOSHUA; MARIA EVANS; RICHARD EVANS; OLIVIA THOMAS; CHRIS FABER; JO ELLEN FABER; CAMBRIA FALK; CHASE FALK; EVELYN FALK; LARRY FALK; BRENT FAWCETT; CARI FAWCETT; JOHN FAWCETT; TAMI FAWCETT; TASHA FAWCETT; CHRISTOPHER PRATER; B.F., by and through his Guardian ad Litem, Fernando Ferreira; FERNANDO FERREIRA; MIRNA FERREIRA; ABRAHAM FINKELSTEIN; JUDITH

**COMPLAINT FOR DAMAGES**

1   FINKELSTEIN; DAWSON FISHER; MASON FISHER; TRACY FISHER; D.F., by and through his

2   Guardian ad Litem, Torey Flemming; ICEZACK FLEMMING; TOREY FLEMMING; S.F., by and

3   through his Guardian ad Litem, Joy Sterling; HAROLD STERLING; JOY STERLING; JUDY

4   STERLING; G.J.F.A., by and through his Guardian ad Litem, Cinthia Flores; CINTHIA FLORES;

5   ANDREW OSTERHAUS; JACOB OSTERHAUS; J.O., by and through his Guardian ad Litem, Cinthia

6   Flores; ALMA FLORES; LUZ FLORES; JESSICA FLORES-PAREJA; ELMER PAREJA-GARCIA;

7   A.F., by and through her Guardian ad Litem, Martha Ramirez; EMILY FLORES; LEVI FLORES;

8   NOEL FLORES; MARTHA RAMIREZ; AURORA FLORES; EDMUND C. FLORES; FELIMA

9   FLORES; IMELDA C. FLORES; EDMUND MICHAEL PENDON FLORES; E.D.R., by and through

10  her Guardian ad Litem, Edmund Michael Pendon Flores; D.E.R., by and through his Guardian ad Litem,

11  Edmund Michael Pendon Flores; DIANA MARZAN RAMOS; ASHLEY FONNEGRA; WILLIAM

12  FONNEGRA; SAMANTHA FORD; JULIAN FOWLER; BRADLEY FRAINIACK; B.F., by and

13  through her Guardian ad Litem, Tiffany McClain; E.F., by and through her Guardian ad Litem, Tiffany

14  McClain; R.F., by and through her Guardian ad Litem, Tiffany McClain; TIFFANY MCCLAIN;

15  CYNTHIA OTREMBA; DAVID OTREMBA; JULIE FRASER; ERICK FUENTES; VANESSA

16  GALLEGOS; CARLOS GUZMAN; X.G., by and through her Guardian ad Litem, Vanessa Gallegos;

17  A.G., by and through her Guardian ad Litem, Fernando Galvan; FERNANDO GALVAN; TALIA

18  SALDANA; AMANDA GARCIA; L.G., by and through her Guardian ad Litem, Rodrigo Garcia; O.G.,

19  by and through her Guardian ad Litem, Rodrigo Garcia; RODRIGO GARCIA; ANNA GARCIA;

20  ESPERANZA GARCIA; L.S.G., by and through her Guardian ad Litem, Santiago Garza; N.E.G., by

21  and through her Guardian ad Litem, Santiago Garza; SANTIAGO GARZA; SYLVIA GARZA; PAULA

22  GARCIA; JORGE RUIZ; ROSALVA RUIZ; J.A.S., by and through his Guardian ad Litem, Rosalva

23  Ruiz; ROBYN MARIE GARCIA; JOIE SANCHEZ; J.C.S., by and through his Guardian ad Litem,

24  Robin Marie Garcia; SILVIA GARCIA; JUAN CARLOS LOPEZ; MIGUEL ANGEL LOPEZ; ELENA

25  MARTINEZ RUIZ; EMMANUEL GARDUNO DOMINGUEZ; ROSA GARDUNO RODRIGUEZ;

26  C.G., by and through her Guardian ad Litem, Kristine Rivera; C.G., by and through her Guardian ad

27  Litem, Kristine Rivera; KRISTINE RIVERA; CONNOR GARELICK; DAVID GARELICK; DEBRA

28  GARELICK; E.G., by and through his Guardian ad Litem, Haley Gonzalez; HALEY GONZALEZ;

**COMPLAINT FOR DAMAGES**

LINDA PRIZER; MORRIS PRIZER; PETER GARELICK; MARIA GIL; A.G., by and through her Guardian ad Litem, Samuel Morrison; DINA MORRISON; SAMUEL MORRISON; M.Y., by and through her Guardian ad Litem, Samuel Morrison; GAYL GLUCK; JUSTIN GLUCK; RYAN GLUCK; SCOTT GLUCK; KEVIN GLYNN; D.G., by and through his Guardian ad Litem, Ramon Godoy; DEBBIE GODOY; RAMON GODOY; V.G., by and through her Guardian ad Litem, Ramon Godoy; ZACH GODOY; C.G., by and through his Guardian ad Litem, Mark Gomez; D.G., by and through his Guardian ad Litem, Mark Gomez; J.G., by and through his Guardian ad Litem, Mark Gomez; MARK GOMEZ; JOSE GOMEZ; JUANA GOMEZ; N.G., by and through her Guardian ad Litem, Cindy Robarts; CHRISTEN ROBARTS; CINDY ROBARTS; K.R., by and through her Guardian ad Litem, Cindy Robarts; RYAN ROBARTS; TAYLOR ROBARTS; ALEJANDRO GONZALEZ; A.G., by and through her Guardian ad Litem, Maria E. Rodriguez; BRANDON GONZALEZ; D.G., by and through his Guardian ad Litem, Maria E. Rodriguez; M.G., by and through her Guardian ad Litem, Maria E. Rodriguez; MARIA E. RODRIGUEZ; A.G., by and through his Guardian ad Litem, Priscilla Paz; A.P.G., by and through his Guardian ad Litem, Pricilla Paz; A.P.G., by and through her Guardian ad Litem, Priscilla Paz; ELENA PAZ; GREG PAZ; PRISCILLA PAZ; AMELIA GONZALEZ; CARLOS GONZALEZ; JORGE GONZALEZ; LUIS GONZALEZ; YULIANA GONZALEZ; E.M., by and through his Guardian ad Litem, Yuliana Gonzalez; JUVENAL MONTES; L.M., by and through his Guardian ad Litem, Yuliana Gonzalez; M.M., by and through her Guardian ad Litem, Luis Gonzalez; SERGIO MONTES; CHRISTIAN GONZALEZ; LAURA GONZALEZ; L.G., by and through her Guardian ad Litem, Christian Gonzalez; CHRISTOPHER RAMIREZ; JEANETTE GONZALEZ; H.R., by and through her Guardian ad Litem, Kyle Robertson; KYLE ROBERTSON; JASON GORDON; ROBERT GORDON; STAYCEE GORDON; SHAYNA GORDON; ARIANE GOVEA; BENNY GOVEA; BONNIE ANN GOVEA; G.G., by and through his Guardian ad Litem, Ariane Govea; HAHMILEY GOVEA; O.G., by and through his Guardian ad Litem, Ariane Govea; ANIYAH GRAHAM; JULIUS GRAHAM; PAMELA GRAHAM; S.G., by and through his Guardian ad Litem, Pamela Graham; DAVID GRANADOS; ELDA GRANADOS; GENARO GRANADOS; JENNIFER GRANADOS; MARITZA HUERTA MEDINA; ADELAIDA PALOMARES; ALMITRA GRANT; JEANETTE GRANT; JOSEPH GRANT; CHANDLER GREEN; DENISE GREEN; MADISON

**COMPLAINT FOR DAMAGES**

GREEN; NAILAH GREEN; N.G., by and through her Guardian ad Litem, Wendi Green; STEPHEN GREEN; WENDI GREEN; ANNIE GRENIER; IRENE MONTES; A.G., by and through her Guardian ad Litem, Michael Griffy; MICHAEL GRIFFY; M.G., by and through her Guardian ad Litem, Michael Griffy; MARIA ROSS; ELIZA GRIGORIAN; GEVORG GRIGORIAN; MARINE GRIGORIAN; VAROUJAN GRIGORIAN; HAKOP KODZHOYAN; SHAN GROFF; KATHERYN POPE; NICOLE POPE; WILLIAM POPE; FERNANDO GUDINO; FERNANDO JAVIER GUDINO; N.G., by and through her Guardian ad Litem, Sandra Gudino; SANDRA GUDINO; GERARDO GUDINO; MARIA C. GUDINO; ANDREA GUIJARRO; M.G., by and through her Guardian ad Litem, Sonny Guijarro; SONNY GUIJARRO; S.G., by and through his Guardian ad Litem, Sonny Guijarro; ANTONIA ORTEGA; ERICK GUILLARD; HERVE GUILLARD; E.R., by and through his Guardian ad Litem, Herve Guillard; J.G., by and through his Guardian ad Litem, Melissa Gunn; M.G., by and through his Guardian ad Litem, Melissa Gunn; MELISSA GUNN; N.G., by and through his Guardian ad Litem, Melissa Gunn; ANGEL GUTIERREZ; DAVID OSORIO; ROSA OSORIO; JOE L. GUTIERREZ; ABEL GUZMAN; LUCILA GUZMAN; TABA GUZMAN; TERESA GUZMAN; F.H., by and through his Guardian ad Litem, Nichole Haase; MICHAEL HAASE; NICHOLE HAASE; ALLISON HACHE; B.H., by and through her Guardian ad Litem, Philip Hache; PHILIP HACHE; STACEY HACHE; RONNY HACKNEY; MICHAEL HALBERSTAM; TAYLOR HALBERSTAM; CARL HAMMARLUND; JOANN HAMMARLUND; J.H., by and through his Guardian ad Litem, Sindy Han; SAMANTHA HAN; SINDY HAN; YANG HAN; DANIELLE HARDY; NATASSIA HARDY; NICHOLAS HARDY; N.H., by and through his Guardian ad Litem, Danielle Hardy; VICTORIA HARRISON; APRIL HART; JUSTIN HARVEY; SCOTT HARVEY; VICTORIA HOLZMANN; MARCIA HARVEY; ABRAHAM HERNANDEZ; CESAR HERNANDEZ; DAVID HERNANDEZ; SOCORRO HERNANDEZ; JOSE HERNANDEZ; LUCIA HERNANDEZ; ALBERTO RODRIGUEZ; D.R., by and through his Guardian ad Litem, Lucia Hernandez; GIGI RODRIGUEZ; RUDOLPH RODRIGUEZ; RAFAEL HERNANDEZ; J.H., by and through his Guardian ad Litem, Loreen Herron; LOREEN HERRON; RICHARD W. HERRON; RICHARD A. HERRON; TAMIKO HERRON; ADAM HIGGINS; K.H., by and through her Guardian ad Litem, Valerie Higgins; K.H., by and through his Guardian ad Litem, Valerie Higgins; VALERIE HIGGINS; JOSEPHINE PINA; GRACE HIURA;

**COMPLAINT FOR DAMAGES**

1  ALYSSA KANESHIRO; CATHY KANESHIRO; LANCE KANESHIRO; RYAN KANESHIRO;

2  CONSTANZA HODGE; DANIEL MELLIBOSKY; V.M., by and through her Guardian ad Litem,

3  Daniel Mellibosky; SAMEYIA HOSSINE; S.S., by and through his Guardian ad Litem, Sameyia

4  Hossine; NOORALLAH SIDIQI; WEIDA SIDIQI; Z.S., by and through her Guardian ad Litem,

5  Sameyia Hossine; LINDA HOUSDEN; ADRIANA HUERTA; HUBI NAVARRETE; J.N., by and

6  through his Guardian ad Litem, Adriana Huerta; BETT HUFFAKER; DAVID HUFFAKER;

7  LEONARD HURST; BALINDER JAMMU; JASPAL JAMMU; P.J., by and through her Guardian ad

8  Litem, Vir Amar Singh Jammu; VIR AMAR SINGH JAMMU; CHRISTOPHER JANCICH; CASTA

9  JIMENEZ; JORGE ESTRADA JIMENEZ; LYDIA JIMENEZ; NORMA JIMENEZ; JASON JIMISON;

10  M.J., by and through her Guardian ad Litem, Jason Jimison; M.J., by and through her Guardian ad

11  Litem, Jason Jimison; TIFFANY POLK; AMY JOHNSON; A.J., by and through her Guardian ad

12  Litem, Amy Johnson; BEN JOHNSON; G.J., by and through her Guardian ad Litem, Ben Johnson; L.J.,

13  by and through his Guardian ad Litem, Ben Johnson; ERIN JOHNSON; C.M., by and through her

14  Guardian ad Litem, Craig MacRae; CRAIG MACRAE; BELINDA KAI; BRANDON KAI;

15  CHRISTINA KAI; STEVEN KAI; ZAHRA KARIMKHANI; ARAMIS SAEEDNIA; A.S., by and

16  through her Guardian ad Litem, Omid Saeednia; OMID SAEEDNIA; PEARLEEN KAUR; E.S., by and

17  through his Guardian ad Litem, Pearleen Kaur; K.S., by and through her Guardian ad Litem, Pearleen

18  Kaur; JASPREET SINGH; RUPINDERJIT KAUR; SANDEEP KAUR; RAMANDEEP SINGH;

19  JOGINDER SINGH; MADELYN KELLY; MICHELLE KELLY; THOMAS KELLY; STEWART

20  KELMAN; ADAM KESSLER; GERTRUDE CANDY KESSLER; MATTHEW KIM; MI YUN KIM;

21  TIMOTHY KIM; MUNG JA KIM; CAROLYN KRYSTAL; RICHARD KRYSTAL; YONG KIM;

22  YOUNG KIM; CAROLINA KING; CHRISTINA KING; ALEKSANDER NESKOVICH; VERICA

23  NESKOVICH; JOSEFINA KING; MARCUS KING; JOEL KLING; MIKE KNOX; NICOLE KNOX;

24  VIVIEN KNOX; ANNA KOMENDA; ESTHER KRIESKI; H.K., by and through her Guardian ad

25  Litem, Matthew Krieski; H.K., by and through his Guardian ad Litem, Matthew Krieski; MATTHEW

26  KRIESKI; AARON KRUMER; EDWARD KRUMER; ORIT MALKIS; BARBARA KUSH; ROBERT

27  KUSH; R.K., by and through his Guardian ad Litem, Barbara Kush; HARMIT KWATRA; PREET

28  KWATRA; ANTONIO LACANILAO; A.L., by and through her Guardian ad Litem, Cromwell

**COMPLAINT FOR DAMAGES**

Lacanilao; CROMWELL LACANILAO; C.R.L., by and through her Guardian ad Litem, Cromwell Lacanilao; ROLAND LACANILAO; ROSALIA LACANILAO; ADA ROJAS; STEPHANIE LANEY; TERI LAYNE; DUSTIN LE; MIMI LE; PHUCAN LE; PHUONG LE; ANDREA LEENER; CRAIG LEENER; B.L., by and through his Guardian ad Litem, Lorena Lemus; D.L., by and through his Guardian ad Litem, Lorena Lemus; ELMER LEMUS; LORENA LEMUS; M.L., by and through his Guardian ad Litem, Lorena Lemus; BREANNA LEOHARDT; DONNA LEOHARDT; RON LEOHARDT; DARRELL LEONARD; JENNIFER STERLING-TROTTER; LESLIE LEVENSON; PAUL LEVENSON; BELLA LEVIN; EDWARD LEVIN; L.L., by and through her Guardian ad Litem, Bella Levin; I.L., by and through his Guardian ad Litem, Bella Levin; BETTY LIEWER, by and through her Successor in Interest, Charlotte Stanchfield; CHARLOTTE STANCHFIELD; TRENT STANCHFIELD; HILDA LITTLEFIELD; WILLIAM LITTLEFIELD; JOSE LOPEZ HERRERA; ANITA LOPEZ; A.L., by and through his Guardian ad Litem, Anita Lopez; ALONDRA LOPEZ; GISELA LOPEZ; HECTOR LOPEZ; HECTOR S. LOPEZ; KIMBERLY LOPEZ; RODOLFO LOPEZ; ANAIS YAZMAJIAN; INGRID YAZMAJIAN; WILLIAM YAZMAJIAN; CZARINA LOUIE; J.L., by and through his Guardian ad Litem, Czarina Louie; ROBERT LOUIE; T.L., by and through her Guardian ad Litem, Czarina Louie; GEORGE LOWE; A.L., by and through her Guardian ad Litem, Mary Ann Oadell; G.L., by and through his Guardian ad Litem, Mary Ann Oadell; MARY ANN OADELL; ROSA OADELL; MARIA LUCHERO; MATTHEW LUCHERO; EDWIN LUCO; IRENE LUCO; AMANDA MACIAS; ARMANDO MACIAS; DEBBIE MACIAS; J.M., by and through her Guardian ad Litem, Janet Sanchez; J.M., by and through his Guardian ad Litem, Janet Sanchez; GUALBERTO SANCHEZ; JANET SANCHEZ; JEREMIAH SANCHEZ; ALMA MAGARRO; J.P., by and through her Guardian ad Litem, Jerome Troy; J.P., by and through her Guardian ad Litem, Jerome Troy; JEROME TROY; ALMIRA MAHALUF; FERNANDO MAHALUF; MARTIN MAHALUF; M.M., by and through her Guardian ad Litem, Fernando Mahaluf; SILVANA MAHALUF; JARRO MALABANAN; JORRIEL MALABANAN; JOSEPHINE MALABANAN; RAMIEL MALABANAN; BRIAN MANNING; G.M., by and through her Guardian ad Litem, Megan Manning; H.M., by and through his Guardian ad Litem, Megan Manning; HUNTER MANNING; MEGAN MANNING; PATRICIA MARBURY; TOMMY MORGAN; JULIE MARCHER; STUART

**COMPLAINT FOR DAMAGES**

1   MARCHER; JENNY MARINO; KATELYN MARINO; K.M., by and through her Guardian ad Litem,

2   Michael Marino; M.M., by and through her Guardian ad Litem, Michael Marino; MICHAEL MARINO;

3   NATHANIEL MARINO; BRECKEN MAROME; DENISE MAROME; K.M., by and through his

4   Guardian ad Litem, Denise Marome; RONEN MAROME; ARTURO MARQUEZ; ELIZABETH

5   MARQUEZ, J.M., by and through his Guardian ad Litem, Elizabeth Marquez; MATTHEW

6   MARQUEZ; M.L.M., by and through her Guardian ad Litem, Matthew Marquez; CARLOS

7   MARTINEZ; CHRISTY MARTINEZ; GABRIEL MARTINEZ; ROY MARTINEZ; SONIA G.

8   MARTINEZ; SONIA M. MARTINEZ; JUSTIN MARTINEZ; LATONIA MARTINEZ; MANUEL

9   MARTINEZ; QUENTIN MARTINEZ; LAUREN MARTINEZ; MICHAEL MCCLAFFERTY; SALLY

10  MARTINEZ; LISA MARIE SMITH; ROBERT SMITH; JORNA MARUAL; GLEN OFRIN; J.O., by

11  and through his Guardian ad Litem, Jorna Marual; K.S., by and through her Guardian ad Litem, Jorna

12  Marual; KRISZTINA MARX; LASZLO MARX; PAMELA MATTESON; CHANDLER MCCALLA;

13  E.M., by and through her Guardian ad Litem, Chandler McCalla; I.M., by and through her Guardian ad

14  Litem, Chandler McCalla; Q.M., by and through his Guardian ad Litem, Chandler McCalla; ZACHARY

15  MCCALLA; MARC MCCALLA; MONIQUE MCCALLA; CLAUDETTE TARDIF; MICHAEL

16  MCCARTY; RUTH MCCARTY; JAMES MCCLAFFERTY; MARK MCCLAFFERTY; MONICA

17  MCCLAFFERTY; E.M., by and through his Guardian ad Litem, Kari McCoy; F.M., by and through his

18  Guardian ad Litem, Kari McCoy; JIMMY MCCOY; KARI MCCOY; P.M., by and through his

19  Guardian ad Litem, Kari McCoy; ANNE MCGEE, by and through her Successor in Interest, Ashley

20  McGee; ASHLEY MCGEE; SEAN MCGEE; PATRICIA MCGOWAN; HARRY SCHLESS; MARION

21  MCGRAW; TERRI MCGRAW; DEBRA MCKAY; TIFFANY MCMAHON-SHIELDS; FELICIANO

22  SHIELDS; K.S., by and through her Guardian ad Litem, Feliciano Shields; M.S., by and through her

23  Guardian ad Litem, Feliciano Shields; CHRISTIAN MELAVOSKI; YANA MELLIBOSKY;

24  GUILLERMO MELENDREZ; ERIN PRADO; DESIREE PRADO; GUADALUPE MELGOZA-RUIZ;

25  JESUS RUIZ; JULIA RUIZ; M.R., by and through his Guardian ad Litem, Guadalupe Melgoza-Ruiz;

26  GUADALUPE MELGOZA; RAUL MELGOZA; ERIC MENCHACA; JESSICA MENCHACA; L.M.,

27  by and through her Guardian ad Litem, Eric Menchaca; BRIAN MENDEZ; MARIIA MENDEZ

28  KOROL; ADRIENNE MILEY; JEFFREY MILEY; WARREN MILEY; EVE MILLER; SARA

**COMPLAINT FOR DAMAGES**

TROKEY; MADELEINE MONDRAGON; EMILIANO RODRIGUEZ; SUSAN MOODY; C.M., by
and through his Guardian ad Litem, Shawn Moore; M.M., by and through his Guardian ad Litem, Shawn
Moore; SHAWN MOORE; ADRIAN MORENO; DIEGO MORENO; G.M., by and through her
Guardian ad Litem, Monica Moreno; MONICA MORENO; ARYANA MORENO; FERNANDO
MORENO; MORAYMA MORENO; ANGELINA MOUNOZ; VICTOR RUELAS; KRISTINA
ZEPEDA; MELISSA MURADIAN; VACHE MURADIAN; DANIEL NABA; SANDI NABA;
KALISTON NADER; H.N., by and through her Guardian ad Litem, Felicia Shinn; FELICIA SHINN;
A.N., by and through her Guardian ad Litem, Jeanette Rodriguez; B.N., by and through her Guardian ad
Litem, Jeanette Rodriguez; FERNANDO NAVARRETE; M.N., by and through her Guardian ad Litem,
Jeanette Rodriguez; JEANETTE RODRIGUEZ; K.R., by and through her Guardian ad Litem, Jeanette
Rodriguez; LAUREN NEFF; JOSHUA JOSEPH NEGRETE; LINDA DENEEN NEGRETE; ANI
NEIRA; A.N., by and through her Guardian ad Litem, Jorge Neira; JORGE NEIRA; DAVID
NEWPORT; AMIR NIKNAM; ABRAHAM NOMA; REBECCA NOMA; NICK NORMAN;
CHRISTINA NOYOLA; ELIZABETH NOYOLA; EMILIO NOYOLA; LETICIA NOYOLA; ANA
NOVILLO; ESTANISLAO NOVILLO; LUIS NOVILLO; OSITA NWABUZOR; JEROME OLARTE;
XAVIER OLARTE; FABIOLA PALACIOS; B.P., by and through his Guardian ad Litem, Fabiola
Palacios; ISSAC PELAEZ; N.P., by and through his Guardian ad Litem, Fabiola Palacios; YOSELIN
PELAEZ; RAFAEL OLIVAS; ELIZABETH PANIAGUA; ANDRE OLIVIER; SHERYL OLIVIER;
JOSEPH ONUEKWUSI; BRIXELL ORELLANA; NORMA ORELLANA; JUAN ORTIZ MEJIAS;
JUAN ORTIZ-MARTINEZ; LEANDRO ORTIZ-MARTINEZ; NICHOLAS ORTIZ-MARTINEZ;
DIANA ORTIZ; K.J., by and through her Guardian ad Litem, Diana Ortiz; J.J., by and through his
Guardian ad Litem, Diana Ortiz; JESUS ORTIZ; JORGE ORTIZ; AMZI SALINAS; GREGORY
OWEN; JULIETTE OWEN; SUSAN OWEN; OMAR PACHECO; ALEXANDRA PAGE;
CHRISTOPHER PAGE; L.P., by and through his Guardian ad Litem, Christopher Page; L.P., by and
through her Guardian ad Litem, Christopher Page; L.P., by and through her Guardian ad Litem,
Christopher Page; OSCAR PANIAGUA CHAVEZ; OSCAR PANIAGUA; GABRIELA PANIAGUA;
ADRIAN PAR; AERIAL PAR; ALEX PAR; LEONCIA PAR; BRET PARIS; JOSHUA ROBERSON;
ROBYNE ROBERSON; LAURYN PARTINGTON; BILLIE PAVELKA; MICHAEL PAVELKA;

**COMPLAINT FOR DAMAGES**

1    ANGELICA PEREZ; D.W., by and through his Guardian ad Litem, Angelica Perez; M.W., by and

2    through her Guardian ad Litem, Angelica Perez; M.W., by and through his Guardian ad Litem, Angelica

3    Perez; RICHARD C. WINKLER; RENE PEREZ; SHALAETRA PORTER; SHEILA PORTER; VICKI

4    PRIMEAUX-ULEMAN; CHRISTIAN ULEMAN; ISABELLE ULEMAN; ANDERSON PRINCE;

5    LOUTRESA WILLIS; E.Y., by and through her Guardian ad Litem, Loutresa Willis; ERNEST

6    YOUNG; K.Y., by and through her Guardian ad Litem, Loutresa Willis; OMAR YAMI PROANO

7    GOMEZ; MONICA TAFUR; AMATUL QAZI; J.Q., by and through her Guardian ad Litem, Zuhair

8    Qazi; ZUHAIR QAZI; ALICIA RABINOFF; ANDREW RAHAL; ASSAD RAHAL; SYLVIA

9    RAHAL; YEGHSABETH VOSKIAN; LAMIA YOUSSEF; DINORAH RAMIREZ; ALBA

10   VELASCO; DINORAH VELASCO; FERNANDO VELASCO; GUADALUPE RAMIREZ; C.R., by

11   and through her Guardian ad Litem, Guadalupe Ramirez; JAZMIN REYES; L.R., by and through his

12   Guardian ad Litem, Guadalupe Ramirez; ISABELLA RAMOS; JAMES R. RAMOS; TONI RIVERA

13   RAMOS; JONATHAN RAMOS; ELSA RANDALL; RICHARD RANDALL; ANDREW RAPKO;

14   AMALIA VARGAS; SAMUEL VARGAS; CHARMAIN RHABURN; MARIO RICHARD; AJA

15   RICHARDSON; KARLOS RICHARDSON; K.R., by and through his Guardian ad Litem, Karlos

16   Richardson; K.R., by and through his Guardian ad Litem, Karlos Richardson; KAZIAH

17   RICHARDSON; TIMOTHY RIDOSH; TERESA VELARDI; GINGER RITCHIE; JACK RITCHIE;

18   JOHN RITCHIE; J.R., by and through his Guardian ad Litem, Ginger Ritchie; ANNA RIVAS; DANIEL

19   RIVERA; D.R., by and through his Guardian ad Litem, Daniel Rivera; TERESA RIVERA; GABRIEL

20   RIVERA; MARIA RIVERA; STEVEN RIVERA; IMELDA RODRIGUEZ; JOSE RODRIGUEZ;

21   MAGALI RODRIGUEZ; JOSE ZALDIVAR; JOHN ROLLINS; PATSY ROLLINS; CHRIS ROSE;

22   CRYSTAL ROSE; K.R., by and through her Guardian ad Litem, Chris Rose; M.R., by and through her

23   Guardian ad Litem, Chris Rose; JAVIER RUEDA; JULIA RUEDA; UZIEL RUEDA; ZADRAC

24   RUEDA; ZOROBABEL RUEDA; NANCY S. RUIZ; NANCY MARIE RUIZ; ELIZABETH

25   RUNYAN; PAUL RUNYAN; Z.A.R., by and through her Guardian ad Litem, Elizabeth Runyan;

26   SILVIA SAENZ; DESIREE SALCIDO; JESUS SALCIDO; EDWARD SANCHEZ; IVIE SANCHEZ;

27   RACHEL SANCHEZ; PATRICIA SANDOVAL; LUZ SANGALANG; MICHELLE SANGALANG;

28   ROMEO SANGALANG; FABRIZIO SANGES; LODOVICO SANGES; SKYLER SANGES;

1  ANNAMARIA SILVESTRO; D.S., by and through his Guardian ad Litem, Annamaria Silvestro; LARA

2  SARKISSIAN; ALEN TARRASIANS; V.T., by and through his Guardian ad Litem, Lara Sarkissian;

3  V.T., by and through her Guardian ad Litem, Lara Sarkissian; ALEXANDER SAZONOV; HELEN

4  SAZONOV; M.S., by and through his Guardian ad Litem, Alexander Sazonov; DANIEL SEEDER;

5  NANCY SEIBERT; ALLIANA SERRANO; DIANA SERRANO; MARTIN SERRANO;

6  SAMANTHA SERRANO; SILVIA SEVILLA; ADIB SHARIF; DINA SHARIF; SALWA SHARIF;

7  B.S., by and through his Guardian ad Litem, Wayne Shaw; EMILY SHAW; JACKIE SHAW; JACOB

8  SHAW; WAYNE SHAW; T.S., by and through her Guardian ad Litem, Tess Shelton; TESS

9  SHELTON; TREY SHELTON; APRIL SHIMADA; MATTHEW SHIMADA; NICHOLAS

10  SHIMADA; RICHARD SHIMADA; MARY BETH SHIMKUS; BAILEY WILL; ELEANOR WILL;

11  DANIELLE SILVA; JOHN V. SILVA; J.S., by and through his Guardian ad Litem, Danielle Silva;

12  L.S., by and through her Guardian ad Litem, Danielle Silva; ARMAN SIMONYAN; JUAN SIRRI;

13  STEPHANY SIRRI; V.S., by and through her Guardian ad Litem, Juan Sirri; Z.S., by and through her

14  Guardian ad Litem, Juan Sirri; BRYAN SMITH; G.S., by and through her Guardian ad Litem, Bryan

15  Smith; JACKSON SMITH; SHERRI SMITH; CELINE SMITH; DAVID SMITH; CRAIG SMITH;

16  CYNTHIA SMITH; DIXON SMITH; H.S., by and through his Guardian ad Litem, Dixon Smith; LISA

17  MARIA PUCKETT SMITH; P.S., by and through his Guardian ad Litem, Dixon Smith; LUKE SMITH;

18  MEKENA SMITH; STACEY SMITH; TODD SMITH; BRENNEN SMOLYANITSKY; DIMITRY

19  SMOLYANITSKY; RYAN SMOLYANITSKY; MARINA VAYER;  KAMERYN SMUDDE;

20  KATHRYN SMUDDE; KELLY SMUDDE; R. ALLEN SMUDDE; BRITTANY SOLIS; DANIEL

21  SOLIS; D.A.S., by and through his Guardian ad Litem, Brittany Solis; V.M.S., by and through her

22  Guardian ad Litem, Brittany Solis; CARMEN SOLIS; DANNY SOLIS; LORI SOUZA; SUSAN

23  STAMPA-STEIN; DAVID STEIN; JUSTIN STANFORD; RALEIGH STANLEY SR.; SHIRLEY

24  STANLEY; JEFFREY STEIN; DIMITRY STRUGACH; E.S., by and through his Guardian ad Litem,

25  Neri Strugach; KYLE STRUGACH; NERI STRUGACH; TATYANA STRUGACH; JULIO SUAZO;

26  I.T., by and through her Guardian ad Litem, Salvatore Tardibuono; SALVATORE TARDIBUONO;

27  AMBER TEAGUE; J.T., by and through her Guardian ad Litem, Richard Teague; M.T., by and through

28  her Guardian ad Litem, Richard Teague; RICHARD TEAGUE; ERIKA TEJEDA-LOPEZ; GISSELLE

**COMPLAINT FOR DAMAGES**

1   URRUTIA; KIMBERLY URRUTIA; AMANDA TEKINCEER; B.T., by and through his Guardian ad

2   Litem, Kaan Tekinceer; HIDAYA TEKINCEER; I.T., by and through her Guardian ad Litem, Kaan

3   Tekinceer; KAAN TEKINCEER; K.T., by and through his Guardian ad Litem, Kaan Tekinceer; K.T.,

4   by and through his Guardian ad Litem, Kaan Tekinceer; N.T., by and through her Guardian ad Litem,

5   Kaan Tekinceer; Z.T., by and through his Guardian ad Litem, Kaan Tekinceer; A.T., by and through her

6   Guardian ad Litem, Mario Terrazas; ALEXIS TERRAZAS; MARIO TERRAZAS; PAULA

7   TERRAZAS; ANTHONY VILLARREAL; B.T., by and through his Guardian ad Litem, Brittany Terry;

8   BRITTANY TERRY; JACOB TERRY; P.T., by and through his Guardian ad Litem, Brittany Terry;

9   DANNY TISHER; JANELLE TISHER; IGOR TOLMATSKY; INNA TOLMATSKY; NICOLE

10  TOROSIAN; BRITTANY TRICK; ROBERT TRICK; CONCEPCION ULLOA; RODOLFO ULLOA;

11  KENICHI UMEMOTO; KEVIN UMEMOTO; LARA UMEMOTO; RYAN UMEMOTO; ENO

12  UNAH; MOSES UNAH; GALEN UPTGRAFT; PAULETTE UPTGRAFT; ALFONSO VALENCIA;

13  A.V., by and through her Guardian ad Litem, Alfonso Valencia; C.V., by and through his Guardian ad

14  Litem, Alfonso Valencia; REBECCA VALENCIA; JOSE VALLE; BRAD VAN QUEKELBERG;

15  HEATHER VAN QUEKELBERG; AURORA VASQUEZ; CARLOS VASQUEZ; BENJAMIN

16  VENTURA; JACOB VENTURA; JOSHUA VENTURA; MARICELA VENTURA; ALEXANDER

17  VILLAR; NATHAN VILLAR; RHONDA VILLAR; MARCO VILLEGAS; MARCO A. VILLEGAS;

18  MARTINA VILLEGAS; NOELLE YEE; HALEY VOMBAUR; PAIGE VOMBAUR; ELIZABETH

19  WHITE; K.W., by and through her Guardian ad Litem, Randall White; K.W., by and through her

20  Guardian ad Litem, Randall White; RANDALL WHITE; APRIL WILLIAMS; CHERISH WILLIAMS;

21  TOBIAS WILLIAMS; JOSEPH WILSON; A.W., by and through her Guardian ad Litem, Jeffrey

22  Winger; B.W., by and through his Guardian ad Litem, Jeffrey Winger; C.W., by and through her

23  Guardian ad Litem, Jeffrey Winger; JEFFREY WINGER; LEAH WINGER; BETTY YEE;

24  CATHLENE YIM; BELLIN YOUKHANEH; EDWARD YOUKHANEH; MATTHEW

25  YOUKHANEH; and MANUEL CASTELLANOS MUNDO (collectively "PLAINTIFFS"), bring this

26  action against Defendants, CHIQUITA CANYON, LLC, a Delaware Limited Liability Company;

27  CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US. INC., a

28  Delaware Corporation; and DOES 1 through 150, inclusive, and each of them (collectively

**COMPLAINT FOR DAMAGES**

"DEFENDANTS"). PLAINTIFFS allegations are based upon personal knowledge as to Plaintiffs' own experiences and on information and belief as to all other matters based on an investigation by counsel, such that each allegation has evidentiary support or is likely to have evidentiary support upon further investigation and discovery.

I.    **NATURE OF THE CASE**

1.    PLAINTIFFS allege herein that they were exposed to elevated levels of hydrogen sulfide, noxious fumes, and odors in their homes and communities for an extended period of time, causing them harm, as a direct and proximate result of DEFENDANTS' negligent and reckless operation of the Chiquita Canyon Landfill ("CCL").

2.    Hydrogen sulfide is a highly toxic and malodorous environmental contaminant, most commonly associated with sewage. Throughout 2023 and 2024, thousands of individuals, including PLAINTIFFS herein, experienced and complained of exposure to elevated levels of hydrogen sulfide, noxious fumes, and odors.

3.    Hydrogen sulfide is known to cause headaches, nausea, respiratory issues, and other illnesses.

4.    PLAINTIFFS bring this action to recover compensatory damages associated with their exposure to noxious fumes and odors from the CCL, for punitive damages, and for injunctive relief.

**Smoldering Fire and Pressure Buildup Within CCL Caused Toxic Fumes and Odor**

5.    CCL has, and is, currently experiencing a subsurface reaction over an inactive portion of the landfill that is causing increased temperatures, increased production of landfill gas, and increased production of leachate, as well as fugitive emissions of landfill gas from the surface of the landfill. The area of the landfill affected by the reaction is located approximately 1,000 feet from the nearest resident in the surrounding community.

6.    On January 16, 2024, at South Coast Air Quality Management District's ("SCAQMD") hearing, residents from the surrounding community stated that they have become prisoners trapped in their homes to avoid exposure to the elevated levels of hydrogen sulfide, noxious fumes and odors which pollute their community. Activities such as

gardening, hiking, or recreating outdoors at the nearby Hasley Equestrian Center, Hasley Canyon Park, or Val Verde Park have been halted, as residents fear for their safety. Children who attend neighboring schools such as Castaic Elementary School, Santa Clarita Valley International School, and Live Oak Elementary School are unable to enjoy their adolescent years as the noxious odors and elevated levels of toxic gases prevent them from spending time outdoors and have the potential to increase their risk of developing cancer.

7.    According to the Los Angeles Regional Water Board, CCL has been disposing of approximately two to four million gallons of contaminated water a month for much of the past several months. That water was made up of a combination of hazardous spills and CCL's efforts to extract wastewater.

8.    Steaming hot, contaminated water has also surged to the surface, oozing out of fissures. These hazardous spills have formed bubbling ponds and "rivers of odorous waste," according to officials with SCAQMD. At times, this polluted water has erupted with such force that it has shot into the air like a geyser.

**DEFENDANTS have Recklessly Disregarded the Toxic Exposure of Hazardous Gas and Odors to Residents Neighboring the Facility**

9.    In late 2023, DEFENDANTS acknowledged the gas and water leaks, although DEFENDANTS had knowledge that the hazardous spills had been occurring since mid-2022.

10.    DEFENDANTS have been inadequately containing landfill gas, leachate, and associated surface emissions at CCL, which has caused odor and other unlawful emissions from the landfill. DEFENDANTS have also failed to comply with and frustrated the efforts of SCAQMD and Los Angeles Fire and Hazmat agents.

11.    On October 17, 2023, SCAQMD, in coordination with Los Angeles Fire and Hazmat agents, conducted an unannounced inspection and attempted to collect samples of the leachate exposed to the air from DEFENDANTS' property. DEFENDANTS denied access to the agents and did not allow them to collect samples of the leachate. Of the

1      samples that SCAQMD was able to collect and test from neighboring areas close to CCL,

2      results indicated elevated concentrations of benzene, a cancer-causing chemical.

3    12.    Around that time, SCAQMD requested real-time access to DEFENDANTS' Community

4      Air Monitoring ("CAM") network, which DEFENDANTS must maintain as a condition

5      of the Conditional Use Permit allowing them to operate the landfill. By January 10, 2024,

6      SCAQMD's Monitoring and Analysis Division staff had been given real-time access to

7      some, but not all, of the air monitors within DEFENDANTS' CAM network. A review of

8      CCL's air monitoring data showed approximately 35% of all hydrogen sulfide (H2S)

9      readings over the past year exceeded the California state standard of 30 parts per billion

10     (ppb), averaged over one hour.

11   13.    SCAQMD inspectors continued to routinely observe leachate exposed to the ambient air.

12     Inspectors observed leachate, at times bubbling or boiling, free flowing from the surface

13     of the landfill, pooling at the landfill, channeling through soil at the landfill, and flowing

14     to concrete-lined drainage where DEFENDANTS had installed check dams to prevent the

15     leachate from leaving CCL.

16   14.    On some inspections, SCAQMD inspectors observed leachate shooting into the air like a

17     geyser. Where the leachate was discharged, it flowed and channeled across the landfill

18     forming bubbling ponds of waste and saturating the surrounding soil. The leachate-

19     saturated soil also emitted a foul-smelling odor. In several instances, SCAQMD

20     inspectors observed that DEFENDANTS did not take immediate actions to remediate

21     either the leachate or the saturated soil prior to the leachate reaching the concrete

22     channels.

23   II.   **JURISDICTION AND VENUE**

24   15.    This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because each plaintiff has

25     suffered damages in excess of $75,000 as a result of DEFENDANTS' conduct alleged

26     herein and there is diversity of citizenship. Venue is proper in the Central District of

27     California because PLAINTIFFS are residents of the Central District, suffered injury in

28     the Central District, and CCL is located in the Central District.

**COMPLAINT FOR DAMAGES**

III.    **THE PARTIES**

A.    **Plaintiffs**

16.    PLAINTIFFS are individuals who, at all times relevant to this action, resided in the areas impacted by the formation and release of hazardous chemicals and noxious fumes, including hydrogen sulfide, near CCL. Plaintiffs have all suffered damages, losses, and harm as a result of exposure to the noxious gases including, but not limited to, physical injury, fear of future physical injury, increased risk of future injury, including the need for medical monitoring, emotional distress, harm to real and personal property, medical expenses, relocation expenses, and other economic damages.

B.    **Defendants**

17.    CHIQUITA CANYON, LLC is a Delaware Limited Liability Company. CHIQUITA CANYON, LLC and its subsidiaries and its predecessors constructed, operated or maintained CCL located at 29201 Henry Mayo Drive, Castaic, California 91384.

18.    CHIQUITA CANYON INC. is a Delaware Company. CHIQUITA CANYON INC. and its subsidiaries and its predecessors constructed, operated or maintained CCL located at 29201 Henry Mayo Drive, Castaic, California 91384.

19.    WASTE CONNECTIONS US, INC. is a Delaware Company. WASTE CONNECTIONS US, INC. and its subsidiaries and its predecessors constructed, operated or maintained CCL located at 29201 Henry Mayo Drive, Castaic, California 91384.

20.    There is a unity of interest and ownership between DEFENDANTS, such that any individuality and separateness between them has ceased, and each such entity is the alter ego of each other entity.

21.    The names of the other Defendants and/or their involvement in PLAINTIFFS' situation are unknown to PLAINTIFFS, who therefore sue such Defendant in this action by fictitious names, identified as DOES 1 through 150. Each of the Defendants designated as a Doe is legally responsible in some manner for the unlawful acts described above. Plaintiffs will seek leave of the Court to amend this complaint to reflect the true names

**COMPLAINT FOR DAMAGES**

and capacities of the Defendants designated as DOES 1 through 150 when their identities
and/or involvement become known.

22.     The identities and capacities of Defendants DOES 1 through 150 are currently unknown
to PLAINTIFFS. Said Defendants are therefore sued by such fictitious names as
individuals or entities of unknown form and of unknown capacity who, upon information
and belief, are parties whose acts and/or omissions caused or contributed to cause the
tortious conduct set forth in this pleading and who proximately and legally caused the
resulting injuries and damages to PLAINTIFFS as alleged herein. When the true names
and capacities of the Defendants sued herein as Does are ascertained, PLAINTIFFS will
amend this action accordingly. Whenever this complaint references acts of any Defendant
or one of its unnamed agents or co-conspirators, such allegation shall be deemed to mean
the act of all other Defendants, unless the reference is in a particular cause of action, and
each of them acting, individually, jointly, and severally.

23.     Each Defendant committed, conspired to commit, and/or ratified each of the acts and
omissions alleged in this complaint. Defendants, CHIQUITA CANYON, LLC,
CHIQUITA CANYON, INC., and  WASTE CONNECTIONS US. INC., and DOES 1
through 150, inclusive, and each of them, were the agents, servants, employees and/or
joint venturers of each other and were acting within the course and scope of their agency,
service, employment and joint venture. All acts performed by Defendants, and each of
them, while acting as an agent, servant, employee and/or joint venturer have been
adopted and ratified by all other Defendants, and each of them. Consequently, said
Defendants are jointly and severally liable to the PLAINTIFFS for the injuries and
damages sustained as a proximate result of their conduct.

IV.  **ADDITIONAL FACTUAL BASIS FOR THE CLAIMS ASSERTED**

   A.  **Background**

24.     At all relevant times herein, PLAINTIFFS resided in neighboring communities to  CCL
including, but not limited to, Val Verde, Castaic, Hasley Canyon, Williams Ranch,
Hasley Hills, Live Oak, North Bluffs, Hillcrest, Stevenson Ranch, and Santa Clarita.

**COMPLAINT FOR DAMAGES**

PLAINTIFFS, given their proximity to CCL, were sickened and injured as a result of the exposure to the noxious fumes and odors.

25. CCL is located 500 feet from Val Verde residences and 150 feet from a United States Post Office. In close proximity to the north of CCL is Hasley Equestrian Center, Hasley Canyon Park, Val Verde Park, Live Oak Elementary School, and Santa Clarita Valley International School.

26. CCL extends over 639 acres, of which approximately 400 acres are used as a landfill and solid waste disposal site pursuant to a conditional use permit issued by the County of Los Angeles.

27. Under CCL's conditional use permit, CCL is allowed to accept an average of 6,616 tons per day of solid waste between the hours of 4:00 am to 5:00 pm, Monday through Saturday. CCL may also accept green waste and beneficial reuse materials. CCL may accept a maximum of 2,800,000 tons per year of solid waste and beneficial reuse material combined.

28. DEFENDANTS' operations at CCL range from landfill gas collections and control systems that include vertical and horizontal gas collection wells and associated piping and trenches, multiple collection headers and blowers for venting landfill gas, a landfill gas treatment system, a condensate/leachate collection system and two flares which combust landfill gas. CCL also has an active permit application for an additional third flare which, if approved, would be incorporated into its landfill gas collection and control system.

**B. Conditional Use Permits obtained by DEFENDANTS to Operate CCL**

30. In or about 1997, DEFENDANTS signed an agreement with Val Verde Civic Association in which they agreed to close the Landfill no later than 2019.

31. On July 25, 2017, the County of Los Angeles approved another conditional use permit allowing DEFENDANTS to expand and operate for another 30 years. The expansion included increasing the waste footprint from 257 acres to 400 acres, increasing the

**COMPLAINT FOR DAMAGES**

1    maximum elevation from 1,430 to 1,573 feet, and increasing the daily disposal limits

2    from 6,000 tons per day to 12,000 tons per day.

3    32.    Under Sections 63-65 of the conditional use permit obtained by DEFENDANTS, CCL is

4    required to comply with SCAQMD requirements and avoid being a nuisance to the

5    community.

6    33.    To apply for the conditional use permit allowing CCL to expand operations, CCL was

7    required to create a cancer map, which showed that there were places within close

8    proximity to CCL with populations with increased risk of developing cancer. The areas

9    with increased risk of developing cancer included Castaic Elementary School, Santa

10    Clarita Valley International School, and Live Oak Elementary School.

11    **C.    Investigation Conducted by SCAQMD in 2023 Established that Residents within**

12    **Four Miles of CCL are Exposed to Noxious Gases**

13    34.    SCAQMD enforces air pollution regulations. These regulations are primarily meant to

14    ensure that the surrounding (or ambient) air meets federal and state air quality standards.

15    35.    SCAQMD is responsible for taking reports of nuisance, confirming these reports, and

16    issuing Notices of Violation (NOV) where there is a violation of the law.

17    36.    In 2023, SCAQMD received more than 7,000 resident complaints of an odor nuisance

18    with CCL as the source. SCAQMD has issued approximately 110 NOV against CCL for

19    public nuisance in violation of the agency's Rule 402 and California Health and Safety

20    Code Section 41700.

21    37.    SCAQMD Rule 402 and California Health and Safety Code Section 41700 prohibit the

22    discharge, from any source whatsoever, of such quantities of air contaminants or other

23    materials which cause injury, detriment, nuisance, or annoyance to any considerable

24    number of persons or the public, or which cause, or have the natural tendency to cause,

25    injury or damage to business or property.

26    38.    Pursuant to SCAQMD's policies and practices, to establish a violation of Rule 402, the

27    agency must receive three calls to their hotline within an hour to dispatch an investigator.

28

If an investigator is able to confirm at least six complaints in a 24-hour period, then a NOV is issued.

39.     On May 17, 2023, SCAQMD issued the first 2023 NOV against CCL for public nuisance in violation of the agency's Rule 402 and California Health and Safety Code Section 41700. In May, SCAQMD began receiving numerous odor complaints that Agency investigators traced back to CCL.

40.     SCAQMD issued NOV to Defendants under Rule 402 and other Agency Rules on May 18, 2023, June 25, 2023, June 27, 2023, June 28, 2023, June 29, 2023, June 30, 2023, July 2, 2023, July 3, 2023, July 7, 2023, July 10, 2023, July 11, 2023, July 13, 2023, July 15, 2023, July 16, 2023, July 17, 2023, July 18, 2023, July 19, 2023, July 20, 2023, July 21, 2023, July 22, 2023, July 23, 2023, July 24, 2023, July 26, 2023, July 27, 2023, July 28, 2023, July 29, 2023, July 30, 2023, July 31, 2023, August 1, 2023, August 2, 2023, August 3, 2023, August 4, 2023, August 5, 2023, August 6, 2023, August 7, 2023, August 9, 2023, August 10, 2023, August 11, 2023, August 12, 2023, August 13, 2023, August 14, 2023, August 15, 2023, August 16, 2023, August 17, 2023, August 18, 2023, August 19, 2023, August 21, 2023, August 23, 2023, August 24, 2023, August 25, 2023, August 27, 2023, August 28, 2023, August 29, 2023, August 30, 2023, August 31, 2023, September 1, 2023, September 5, 2023, September 6, 2023, September 7, 2023, September 8, 2023, September 12, 2023, September 13, 2023, September 14, 2023, September 15, 2023, September 19, 2023, September 20, 2023, September 21, 2023, September 22, 2023, September 25, 2023, September 26, 2023, September 27, 2023. September 28, 2023, October 2, 2023, October 3, 2023, October 5, 2023, October 6, 2023, October 9, 2023, October 10, 2023, October 13, 2023, October 16, 2023, October 20, 2023, October 23, 2023, October 25, 2023, October 26, 2023, October 27, 2023, November 2, 2023, November 6, 2023, November 10, 2023, November 13, 2023, November 15, 2023, November 16, 2023, November 28, 2023, November 29, 2023, November 30, 2023, December 6, 2023, December 7, 2023, December 12, 2023,

**COMPLAINT FOR DAMAGES**

December 18, 2023, December 22, 2023, December 27, 2023, December 29, 2023, January 3, 2024, and January 9, 2024.

41.    During the time of increased complaints, CCL was and is still currently experiencing a subsurface reaction in an inactive portion of the landfill that is causing increased temperatures, increased production of landfill gas, and increased production of leachate, as well as fugitive emissions of landfill gas from the surface of the landfill. The area of the landfill affected by the reaction is located approximately 1,000 feet from the nearest resident in the surrounding community.

42.    Between May and September 5, 2023, SCAQMD issued 58 NOV against Defendants for violating SCAQMD Rule 402 and California Health and Safety Code Section 41700.  In light of the NOV and complaints, SCAQMD's Hearing Board issued an Order for Abatement which outlined practices and procedures in an attempt to resolve the issues.

43.    The Order for Abatement was ineffective. Between September 6, 2023 and January 11, 2024, SCAQMD received 4,860 complaints alleging CCL as the source of odors. SCAQMD  responded to and investigated the complaints, including verifying the existence of complained-of odors and identifying the source of the complaints as CCL. Over this time period, DEFENDANTS received 46 NOV for violations of SCAQMD Rule 402 and California Health and Safety Code Section 41700.

44.    In early October 2023, SCAQMD learned of the existence of leachate seeping out from the area of the landfill affected by the subsurface reaction. SCAQMD inspectors conducted an inspection and confirmed that leachate had seeped out of the landfill and pooled in a concrete-lined stormwater channel adjacent to the area of the landfill affected by the reaction. SCAQMD inspectors observed that the leachate gave off a foul odor, which inspectors determined was contributing to and worsening the alleged public nuisance.

45.    On October 31, 2023, DEFENDANTS submitted the results of an initial flux chamber study. The results of the study concluded that if the emissions observed during the study held constant for an entire year, a total of around 43,000 tons per year of

**COMPLAINT FOR DAMAGES**

uncontrolled/fugitive surface emissions would be produced at CCL. Of those emissions, approximately 9.33 tons per year would be benzene and approximately 100 tons per year toxic organics.

46.    In November 2023, SCAQMD also cited the facility for failure to maintain the leachate collection and storage system in good operating condition, failure to report the breakdown of equipment, failure to submit a landfill excavation plan, and violations of other permit and conditional use conditions. Leachate was observed on numerous occasions bubbling, boiling, or shooting out like a geyser. The pooled and flowing liquid was observed seeping out of the soil and causing additional foul-smelling odors.

47.    On several successive inspections, SCAQMD inspectors continued to routinely observe leachate exposed to the ambient air. Inspectors noted leachate at times bubbling or boiling, free flowing from the surface of the landfill, pooling at the landfill, channeling through soil at the landfill, and flowing to concrete-lined drainage.

48.    On several instances, SCAQMD inspectors observed that Defendants did not take immediate actions to remediate either the leachate or the saturated soil prior to the leachate reaching the concrete channels.

49.    SCAQMD's Monitoring and Analysis Division compiled and reviewed continuous monitoring data from six monitors in Defendants' Community Air Monitoring network, all located within the affected communities. The monitors collect real-time data for hydrogen sulfide ("H2S") and particulate matter. Based on a review of H2S continuous monitoring across all six monitors, SCAQMD determined that approximately 35% of all hourly average readings over the past year exceeded the California Office of Environmental Health Hazard Assessment ("OEHHA") acute standard of 30 parts per billion ("ppb") on a 1-hour average. Some readings, across a 1-hour average, exceeded 300 ppb, ten times the OEHHA standard. The highest single reading exceeded 500 ppb. SCAQMD's Monitoring and Analysis staff concluded from this data review that there was a clear indication that air emissions from CCL were having a significant impact on the community.

**COMPLAINT FOR DAMAGES**

50.     The Los Angeles County Department of Public Health also received monitoring data of these community monitoring stations around CCL, including, eventually, real-time access to this data. Dr. Nichole Quick, the Department's Deputy Director for Health Protection, reviewed the data and concluded that, if assumed accurate, it showed evidence that there were likely health impacts observed in the community due to H2S exposure. Dr. Quick noted that physiological health impacts of H2S at the 1-hour acute standard of 30 ppb would often include headaches, nausea, and respiratory irritation. Dr. Quick observed that because the data from communities around CCL indicated significant exceedances of the 30 ppb standard, symptoms could be more prolonged or intense.

51.     On October 17, 2023, SCAQMD, in coordination with LA Fire/Hazmat agents, conducted an unannounced inspection and attempted to collect samples of the leachate exposed to the air from Defendants' property. Defendants denied access to collect samples of the leachate.  SCAQMD collected air samples at both the fence line and within the nearby community at that time. SCAQMD's Monitoring and Analysis staff tested the samples within 24 hours and reviewed the laboratory results. Of those reviewed, several indicated levels of benzene above expected background levels, but below the 8-hour acute standard of 8ppb set by OEHHA.

52.      At least one sample result, collected on November 6, 2023, reported the benzene level well above the 8-hour acute standard, measured at 69.5 ppb. SCAQMD learned about the result on December 8, 2023 (though the lab report was dated November 9, 2023). SCAQMD's Monitoring and Analysis staff discussed this result with the third-party lab that performed the analysis to inquire about potential anomalies in the lab methods. The third-party lab confirmed the validity of the results.

53.     Based on review of the laboratory sample reports made available to SCAQMD, Dr. Quick concluded that there is ample evidence supporting health impacts to the community from air contaminants from CCL.

///
///

- 52 -
**COMPLAINT FOR DAMAGES**

**D.    Conclusion of SCAQMD's Investigation**

54.    SCAQMD has found that a subsurface reaction over an approximately 30-acre portion of CCL is the source of significant odors, which are causing injury, detriment, nuisance and/or annoyance to residents located in neighboring communities.

55.    DEFENDANTS are also in violation of Rule 430, Rule 3002(c)(1) and Rule 203(b) for failing to report a breakdown to SCAQMD in equipment which causes a violation of a rule of regulation of SCAQMD. DEFENDANTS failed to maintain the full and proper working order of the leachate collection system, as required by DEFENDANTS' leachate collection system permit. Fully and properly operated, the leachate collection system captures leachate and collects it subsurface. However, leachate has been and continues to evade the leachate collection system, is exposed to ambient air, and is only collected by separate, external trucks, which are not part of DEFENDANTS' leachate collection system. Accordingly, SCAQMD's Hearing Board concluded that there has been, and is an ongoing, breakdown in DEFENDANTS' leachate collection system.

56.    On January 17, 2024, DEFENDANTS were issued an Order for Abatement and the Hearing Board ordered DEFENDANTS to take significant actions, such as:[1]

a.    Immediate Leachate Collection: Twice daily inspections for leachate and the immediate removal of any pooling or ponding liquid in a sealed tank/truck.

b.    Excavation Plan and Interim Mitigation: Submit a complete excavation plan that includes proper management of soil, methane monitoring, dust suppression, and the immediate relocation of any excavated soil from the property. Until the plan is approved, the landfill must undertake interim mitigation measures to limit odor and fugitive dust during excavating activities.

c.    Expand Collection and Extraction Wells: To collect gas and leachate as needed and properly cover wells to prevent leaks, as well as take precautions to avoid or limit the escape of any liquids during well building or maintenance.

---

[1] https://www.aqmd.gov/docs/default-source/news-archive/2024/ccl-mod-oa-jan17-2024.pdf

**COMPLAINT FOR DAMAGES**

d.    Expanded Monitoring: Install continuous air monitors in the community where odors have been reported for gases associated with landfills. Monitor for benzene and other volatile organic compounds (VOCs). Increase laboratory sampling in the community to 3 times per week until the monitors are in place. Take monthly samples of leachate at the reaction area, the areas with the highest temperature, and the bottom of the tanks where leachate is stored. Conduct an additional study of surface air emissions from the landfill.

e.    Increased Transparency: Provide all past and current air monitoring data to SCAQMD immediately for review. Develop a webpage to display real-time monitoring information within 30 days.

57.    In May 2024, California Department of Resources Recycling and Recovery (CALRECYCLE) notified DEFENDANTS they had been placed on the Inventory of Solid Waste Facilities Which Violate State Minimum Standards. This occurred after CALRECYCLE notified DEFENDANTS in February 2024 that they would be placed on that list if ongoing violations occurred related to gas monitoring and control and site maintenance were not corrected within 90 days.

58.    On June 4, 2024, the United States Environmental Protection Agency (EPA) issued a Finding of Violation under the Clean Air Act. The EPA found continued violations of the New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants for municipal solid waste landfills, as well as conditions in the Title V permit for CCL. The EPA further found a failure of DEFENDANTS to adequately operate CCL's active collection system at gas collection wells in applicable areas, failure to operate air pollution and control equipment in a manner consistent with good air pollution control practices, failure to correct landfill gas temperatures inside and outside the reaction area, and failure to adequately monitor landfill gas temperatures.

///

///

///

**COMPLAINT FOR DAMAGES**

**E.**     <u>**Plaintiffs' Injuries**</u>

58.     PLAINTIFFS are individuals and families who live and work within the neighboring communities to CCL, and given their proximity to CCL, were sickened and injured as a result of exposure to the noxious fumes and odors.

59.     Due to the high levels of hydrogen sulfide and other toxic air pollutants, PLAINTIFFS claim damages for physical injury (for which many have sought medical treatment), fear of future physical injury, increased risk of future injury, including the need for medical monitoring, emotional distress, harm to real and personal property, medical expenses, relocation expenses, and other economic damages.

60.     PLAINTIFFS' injuries include, but are not limited to, headaches, lightheadedness, dizzy spells, asthma, other breathing conditions, rashes, cancers, tumors, and other related symptoms, as well as other harms not yet known. PLAINTIFFS are informed and believe, and thereon allege, that some or all of the health effects may result in chronic and/or ongoing injuries.

**V.     BASIS FOR MEDICAL MONITORING DAMAGES**

61.     DEFENDANTS have exposed PLAINTIFFS to excessive levels of hydrogen sulfide and other chemicals and toxins proven hazardous to human health.

62.     DEFENDANTS have also exposed PLAINTIFFS to environmental conditions proven hazardous to mental health.

63.     The exposure to these dangerous substances and conditions is such that PLAINTIFFS have been placed at an increased risk of contracting latent illness and disease including, but not limited to, respiratory, cardiovascular, neurological, and mental health issues, and as such, require medical monitoring which DEFENDANTS are responsible for providing and paying for.

64.     Monitoring and testing procedures for respiratory, cardiovascular, and neurological disorders and other illnesses associated with exposure to hydrogen sulfide and other chemicals exist, as well as for mental health issues, which make the early detection and treatment of such diseases and health conditions possible and beneficial.

65.    Accordingly, PLAINTIFFS are entitled to compensatory damages for medical monitoring.

## VI.    CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### NEGLIGENCE
**(By Plaintiffs Against Defendants Chiquita Canyon, LLC, a Delaware Limited Liability Company; Chiquita Canyon, Inc., a Delaware Corporation;  Waste Connections US. Inc., a Delaware Corporation; and DOES 1–150)**

66.    PLAINTIFFS incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

67.    At all relevant times, DEFENDANTS and each of them, owned, operated, inspected, controlled, managed, and/or maintained CCL.

68.    At all relevant times prior to this incident, DEFENDANTS and each of them, had the duty to exercise the utmost care and diligence in the ownership, design, operation, management, supervision, inspection, maintenance, repair, and/or control of CCL in compliance with relevant regulations and industry standards, so as not to cause harm to individual persons, private and public property, the environment, public resources, public health, and/or the comfortable use and enjoyment of property and life by the public.

69.    At all relevant times, DEFENDANTS and each of them, negligently, carelessly, recklessly, and/or unlawfully used, owned, operated, managed, supervised, maintained, repaired, and/or controlled CCL, including but not limited to (a) failing to implement reasonable safety and leak prevention practices; (b) failing to properly inspect, assess, and/or evaluate the integrity of CCL in compliance with applicable safety standards and regulations; and/or (c) failing to have an adequate and appropriate response plan to timely, adequately, promptly and properly respond to and contain leaks.

70.    As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS, and each of them, PLAINTIFFS have suffered damages, including but not limited to inhalation of noxious and toxic gases, chemicals, and/or fumes resulting in personal injuries including, but not limited to, severe headaches, dizziness, difficulty breathing,

and other harms known and as yet unknown. Upon information and belief, some or all of the health effects may result in permanent impairments and/or disabilities, all to their general damage in a sum according to proof.

71.    As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS, and each of them, PLAINTIFFS are required to, and continue to, employ physicians and/or other health care providers to examine, treat, and care for their injuries. PLAINTIFFS have incurred, and will continue to incur, medical and incidental expenses for such examination, treatment, rehabilitation, and care, all in an amount according to proof.

72.    As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS, and each of them, PLAINTIFFS have been put at risk for the development of latent health problems, such that they now require medical monitoring for such problems in the future.

73.    As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS, and each of them, PLAINTIFFS have incurred, and will continue to incur, a loss of income and/or a loss of earning capacity, all in an amount according to proof at the time of trial.

74.    As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS, and each of them, PLAINTIFFS have incurred, and will continue to incur, a loss of revenues and profits from the operation of their businesses, all in an amount according to proof at the time of trial.

75.    As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS, and each of them, PLAINTIFFS have suffered, and will continue to suffer, the loss of the quiet use and enjoyment of their property, as well as public properties located in the area, have suffered and will continue to suffer the diminution of the value of their property, and/or have been or will be required to expend monies to repair and/or restore the property to its condition prior to the subsurface reaction all in an amount according to proof at the time of trial.

///
///

**COMPLAINT FOR DAMAGES**

**SECOND CAUSE OF ACTION**
**NEGLIGENCE PER SE – VIOLATION OF CALIFORNIA HEALTH AND**
**SAFETY CODE § 41700**
**(By Plaintiffs Against Defendants Chiquita Canyon, LLC, a Delaware Limited Liability**
**Company; Chiquita Canyon, Inc., a Delaware Corporation;  Waste Connections US. Inc., a**
**Delaware Corporation;**
**and DOES 1–150)**

76.    PLAINTIFFS incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

77.    Prior to and at all times relevant hereto, California Health and Safety Code Section 41700 was in full force and effect. That statute states, in pertinent part:

**41700 – Health and Safety Code**

(a) Except as otherwise provided in Section 41705, a person shall not discharge from any source whatsoever quantities of air contaminants or other material that cause injury, detriment, nuisance, or annoyance to any considerable number of persons or to the public, or that endanger the comfort, repose, health, or safety of any of those persons or the public, or that cause, or have a natural tendency to cause, injury or damage to business or property.

78.    PLAINTIFFS were among the class of persons that California Health and Safety Code Section 41700 was intended to protect.

79.    At the time of the incident giving rise to this action, DEFENDANTS, and each of them, violated California Health and Safety Code Section 41700 by, inter alia, inadequately containing landfill gas, leachate, and associated surface emissions at CCL, which has caused odor and other unlawful emissions from the landfill. SCAQMD received more than 7,000 resident complaints of an odor nuisance with CCL as the source. SCAQMD has issued approximately 110 NOV against CCL for public nuisance in violation of the agency's Rule 402 and California Health and Safety Code Section 41700.

80.    DEFENDANTS' violation of California Health and Safety Code Section 41700 was the sole, direct, and proximate cause of the incident out of which this action arises and PLAINTIFFS' resulting injuries and damages.

- 58 -
**COMPLAINT FOR DAMAGES**

81.     As a direct and proximate result of the above-described negligent conduct and tortious acts and omissions of DEFENDANTS, and each of them, PLAINTIFFS sustained serious personal injuries, which have caused, and continue to cause PLAINTIFFS pain and suffering, all to their general and non-economic damages in an amount which will be stated according to proof at the time of trial.

82.     As a direct and proximate result of the above-described negligent conduct and tortious acts and omissions of DEFENDANTS, and each of them, PLAINTIFFS sustained serious injuries, which have required hospitalization, therapy and rehabilitation and which continue to require medical care and treatment, all to PLAINTIFFS' special and economic damages, will be stated according to proof at the time of trial.

83.     As a direct and proximate result of the above-described negligent conduct and tortious acts and omissions of DEFENDANTS, and each of them, PLAINTIFFS have suffered and will continue to suffer the loss of the quiet use and enjoyment of their property, as well as public properties located in the area, have suffered and will continue to suffer the diminution of the value of their property, and/or have been or will be required to expend monies to repair and/or restore the property to its condition prior to the subsurface reaction will be stated according to proof at the time of trial.

**THIRD CAUSE OF ACTION**
**STRICT LIABILITY FOR ULTRAHAZARDOUS ACTIVITIES**
**(By Plaintiffs Against Defendants Chiquita Canyon, LLC, a Delaware Limited Liability Company; Chiquita Canyon, Inc., a Delaware Corporation;  Waste Connections US. Inc., a Delaware Corporation;**

84.     **and DOES 1–150)**PLAINTIFFS incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

85.     At all times herein, DEFENDANTS were the owner and operator of CCL. CCL is located centrally, 500 feet from Val Verde residences and 150 feet from a United States Post Office. To the north of CCL is Hasley Equestrian Center,  Hasley Canyon Park, Val Verde Park, Live Oak Elementary School, and Santa Clarita Valley International School, which are also in close proximity to CCL.

**COMPLAINT FOR DAMAGES**

86.    At all times relevant to this action, DEFENDANTS, and each of them, had supervision, custody, and control of CCL.

87.    At all times relevant to this action, DEFENDANTS, and each of them, were under a continuing duty to protect PLAINTIFFS from the natural consequences of mishandling of chemicals, including but not limited to hydrogen sulfide and sulfur-containing which is exuded as a result of handling landfill and solid waste disposal, at CCL.

88.    DEFENDANTS, and each of them, were engaged in an ultrahazardous activity by handling, landfill gas collection and control system that includes vertical and horizontal gas collection wells and associated piping and trenches multiple collection headers and blowers for venting landfill gas, a landfill gas treatment system, a condensate/leachate collection system and two flares which combust landfill gas that contain hazardous chemicals including, but not limited to, hydrogen sulfide and sulfur-containing wastewater, at CCL.

89.    PLAINTIFFS have suffered harm as a result of Defendants' conduct as described herein including but not limited to: physical injury, loss of use and enjoyment of their homes and other expenses.

90.    The injuries sustained by PLAINTIFFS as a result of DEFENDANTS' conduct described herein were the direct and proximate result of DEFENDANTS' activities.

91.    The harm to PLAINTIFFS was and is the kind of harm that would be reasonably anticipated as a result of the risks created by the improper handling of landfill and solid waste disposal that contain hazardous chemicals.

92.    DEFENDANTS' harm to PLAINTIFFS was foreseeable because fugitive discharge of hydrogen sulfide and other chemicals from CCL would reasonably result in a significant environmental impact on the surrounding communities.

93.    DEFENDANTS' operation and use of CCL and resulting discharge was, and remains, a substantial factor in causing the harms suffered by PLAINTIFFS.

///
///

**COMPLAINT FOR DAMAGES**

94.    DEFENDANTS, and each of them, are liable to PLAINTIFFS for all damages arising from this ultrahazardous activity, including all compensatory damages, and punitive damages.

95.    DEFENDANTS are liable to PLAINTIFFS for all damages arising from their violations of California Civil Code section 3479 and California Health & Safety Code Section 25510(a), including compensatory and injunctive relief, punitive damages, and attorneys' fees.

96.    The wrongful acts, representations and/or omissions of DEFENDANTS, hereinabove set forth, were made, adopted, approved, authorized, endorsed and/or ratified by their officers, directors or managing agents, and were done maliciously, oppressively, fraudulently and/or with a willful and knowing disregard of the probable dangerous consequences for the health and safety of PLAINTIFFS and their community.

97.    The officers, directors and/or managing agents of DEFENDANTS had advanced knowledge of the storing of products containing harmful chemicals. The officers, directors and/or managing agents of DEFENDANTS had advanced knowledge that a failure to properly store, maintain, and/or inspect the condition of CCL would result in the probability of a catastrophic event, which foreseeably would lead to harm and/or injuries to the health and safety of PLAINTIFFS and their community, generally.

98.    In failing to take protective measures to safeguard against the danger, the officers, directors and/or managing agents of DEFENDANTS acted with a willful and/or knowing disregard of the probable dangerous consequences, and/or acted with an awareness of the probable dangerous consequences of their conduct and deliberately failed to avoid those consequences, thereby creating a substantial risk of injury to PLAINTIFFS and the surrounding community.

99.    PLAINTIFFS are entitled to punitive and exemplary damages in an amount to be ascertained, which is appropriate to punish or set an example of DEFENDANTS and deter such behavior by DEFENDANTS and others in the future.

///

**COMPLAINT FOR DAMAGES**

**FOURTH CAUSE OF ACTION**
**PRIVATE NUISANCE – CONTINUING**
**(By Plaintiffs Against Defendants Chiquita Canyon, LLC, a Delaware Limited Liability Company; Chiquita Canyon, Inc., a Delaware Corporation;  Waste Connections US. Inc., a Delaware Corporation;**
**and DOES 1–150)**

100.    PLAINTIFFS incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

101.    PLAINTIFFS own and/or occupy property at or near the exposed area. At all relevant times, PLAINTIFFS had a right to occupy, enjoy, and/or use their property without interference by DEFENDANTS.

102.    DEFENDANTS and each of them, by reason of their wrongful acts and/or omissions created a condition that (a) was harmful to PLAINTIFFS' health; (b) was indecent and/or offensive to PLAINTIFFS' senses; (c) was an obstruction of PLAINTIFFS' free use and enjoyment of their property, so as to interfere with their comfortable enjoyment of life and/or property; and/or (d) unlawfully obstructed PLAINTIFFS' free passage or use, in the customary manner, of public parks, squares, streets, and/or highways in the exposed area.

103.    PLAINTIFFS did not consent to DEFENDANTS' conduct. To the extent PLAINTIFFS gave any express or implied permission for the maintenance improper handling of landfill and solid waste disposal that contain hazardous chemicals. Such permission extended only to a properly maintained, up-to-date, and safe facility, and DEFENDANTS and each of them, exceeded the scope of any such consent by operating a shoddy, dangerous, aging, and faulty containment facility near PLAINTIFFS' property.

104.    An ordinary person of reasonable sensibilities would reasonably be annoyed and/or disturbed by the conduct of DEFENDANTS and each of them.

105.    The seriousness of PLAINTIFFS' injuries outweighs any public benefit from the conduct of DEFENDANTS and each of them.

///
///

- 62 -
**COMPLAINT FOR DAMAGES**

106.   As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS and each of them, PLAINTIFFS have suffered, and will continue to suffer, discomfort, annoyance, anxiety, fear, worries, and stress attendant to the interference with PLAINTIFFS' occupancy, possession, use, and/or enjoyment of their property, as alleged above.

107.   As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS and each of them, PLAINTIFFS suffered, and continue to, suffer damages as herein above set forth.

**FIFTH CAUSE OF ACTION**
**PRIVATE NUISANCE – PERMANENT**
**(By Plaintiffs Against Defendants Chiquita Canyon, LLC, a Delaware Limited Liability Company; Chiquita Canyon, Inc., a Delaware Corporation;  Waste Connections US. Inc., a Delaware Corporation;**
**and DOES 1–150)**

108.   PLAINTIFFS incorporate and re-allege each of the paragraphs above as though fully set forth herein.

109.   DEFENDANTS and each of them, by reason of their wrongful acts and/or omissions created a permanent condition that (a) is harmful to PLAINTIFFS' health; (b) is indecent and/or offensive to PLAINTIFFS' senses; (c) is an obstruction of PLAINTIFFS' free use of their property, so as to interfere with the comfortable enjoyment of life or property; and/or (d) unlawfully obstructs PLAINTIFFS' free passage or use, in the customary manner, of public parks, squares, streets, and/or highways in the exposed area.

110.   This permanent condition has interfered with PLAINTIFFS' free use and enjoyment of their land, along with numerous other neighbors, in the form of damage to buildings, a significant decrease in the value of the property, exposure to an array of toxic substances on the land, and/or a lingering and foul smell of toxic gases, permeating the air surrounding their property and invading their homes.

111.   PLAINTIFFS did not consent to the conduct of DEFENDANTS and each of them, which was a substantial factor in causing PLAINTIFFS' harm.

///

**COMPLAINT FOR DAMAGES**

112. An ordinary person would be reasonably annoyed or disturbed by the conduct of DEFENDANTS and each of them.

113. The seriousness of the harm outweighs any public benefit of DEFENDANTS' conduct.

114. As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS and each of them, PLAINTIFFS suffered, and continue to suffer, damages as herein above set forth.

**SIXTH CAUSE OF ACTION**
**PUBLIC NUISANCE – CONTINUING**
**(By Plaintiffs Against Defendants Chiquita Canyon, LLC, a Delaware Limited Liability Company; Chiquita Canyon, Inc., a Delaware Corporation;  Waste Connections US. Inc., a Delaware Corporation;**
**and DOES 1–150)**

115. PLAINTIFFS incorporate and re-allege each of the paragraphs above as though fully set forth herein.

116. PLAINTIFFS own and/or occupy property at or near the exposed area. At all relevant times, PLAINTIFFS had a right to occupy, enjoy, and/or use their property without interference by DEFENDANTS.

117. DEFENDANTS and each of them, by reason of their wrongful acts and/or omissions created a condition that (a) is harmful to PLAINTIFFS' health; (b) is indecent and/or offensive to PLAINTIFFS' senses; (c) is an obstruction of PLAINTIFFS' free use of their property, so as to interfere with the comfortable enjoyment of life or property; and/or (d) unlawfully obstructs PLAINTIFFS' free passage or use, in the customary manner, of public parks, squares, streets, and/or highways in the exposed area.

118. This condition has interfered with PLAINTIFFS' free use and enjoyment of their land, along with numerous other neighbors, in the form of damage to buildings, a significant decrease in the value of the property, exposure to an array of toxic substances on the land, and/or a lingering and foul smell of toxic gases, permeating the air surrounding their property and invading their homes.

///
///

- 64 -
**COMPLAINT FOR DAMAGES**

119. The condition that DEFENDANTS created and/or permitted to exist affected a substantial number of people within the general public, including causing PLAINTIFFS to relocate, personal injuries and disturbance in the enjoyment of everyday living.

120. PLAINTIFFS did not consent to the conduct of DEFENDANTS and each of them, which was a substantial factor in causing PLAINTIFFS' harm.

121. An ordinary person of reasonable sensibilities would reasonably be annoyed and/or disturbed by the condition created by each and every Defendant.

122. The seriousness of the harm outweighs any public benefit of DEFENDANTS' conduct.

123. As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS and each of them, PLAINTIFFS suffered, and continue to suffer, damages as herein above set forth.

**SEVENTH CAUSE OF ACTION**
**PUBLIC NUISANCE – PERMANENT**
**(By Plaintiffs Against Defendants Chiquita Canyon, LLC, a Delaware Limited Liability Company; Chiquita Canyon, Inc., a Delaware Corporation;  Waste Connections US. Inc., a Delaware Corporation;**
**and DOES 1–150)**

124. PLAINTIFFS incorporate and re-allege each of the paragraphs above as though fully set forth herein.

125. PLAINTIFFS own and/or occupy property at or near the exposed area. At all relevant times, PLAINTIFFS had a right to occupy, enjoy, and/or use their property without interference by Defendants.

126. DEFENDANTS and each of them, by reason of their wrongful acts and/or omissions created a permanent condition that (a) is harmful to PLAINTIFFS' health; (b) is indecent and/or offensive to PLAINTIFFS' senses; (c) is an obstruction of PLAINTIFFS' free use of their property, so as to interfere with the comfortable enjoyment of life or property; and/or (d) unlawfully obstructs PLAINTIFFS' free passage or use, in the customary manner, of public parks, squares, streets, and/or highways in the exposed area.

127. This condition has interfered with PLAINTIFFS' free use and enjoyment of their land, along with numerous other neighbors, in the form of damage to buildings, a significant

decrease in the value of the property, exposure to an array of toxic substances on the land, and/or a lingering and foul smell of toxic gases, permeating the air surrounding their property and invading their homes.

128.   The condition that DEFENDANTS created and/or permitted to exist affected a substantial number of people within the general public, including causing PLAINTIFFS to relocate, personal injuries, and disturbance in the enjoyment of everyday living.

129.   The condition described herein is permanent.

130.   PLAINTIFFS did not consent to the conduct of DEFENDANTS and each of them, which was a substantial factor in causing PLAINTIFFS' harm.

131.   An ordinary person of reasonable sensibilities would reasonably be annoyed and/or disturbed by the condition created by each and every Defendant.

132.   The seriousness of the harm outweighs any public benefit of DEFENDANTS' conduct.

133.   As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS and each of them, PLAINTIFFS suffered, and continue to suffer, damages as herein above set forth.

**EIGHTH CAUSE OF ACTION**
**TRESPASS**
**(By Plaintiffs Against Defendants Chiquita Canyon, LLC, a Delaware Limited Liability Company; Chiquita Canyon, Inc., a Delaware Corporation;  Waste Connections US. Inc., a Delaware Corporation;**
**and DOES 1–150)**

134.   PLAINTIFFS incorporate and re-allege each of the paragraphs above as though fully set forth herein.

135.   PLAINTIFFS own and/or occupy property at or near the exposed area. At all relevant times, PLAINTIFFS had a right to occupy, enjoy, and/or use their property without interference by DEFENDANTS.

136.   DEFENDANTS and each of them, caused a trespass by allowing or causing to seep or migrate underground, benzene, hydrogen sulfide, sulfur dioxide, and other unknown chemicals and matter beyond the boundary of CCL in such a manner that it was

**COMPLAINT FOR DAMAGES**

1  reasonably foreseeable that the pollutants would, in due course, invade PLAINTIFFS'
2  real property and cause physical injury to that property.

3  137.  DEFENDANTS and each of them, were engaged in an ultra-hazardous activity and/or
4  intentionally, recklessly, and/or negligently caused toxic and noxious chemicals, gases,
5  and/or fumes to escape the CCL and invade PLAINTIFFS' property, including the air
6  space surrounding, above, and within PLAINTIFFS' residence.

7  138.  PLAINTIFFS did not give permission for this direct and/or indirect entry.

8  139.  As a direct and legal result of the wrongful acts and/or omissions of DEFENDANTS and
9  each of them, PLAINTIFFS suffered, and continue to suffer, damages as described above
10  and in amount according to proof at trial.

## VII.  PRAYER FOR RELIEF

WHEREFORE, PLAINTIFFS request relief against all Defendants as follows:

a.  a judgment in favor of PLAINTIFFS on all claims;

b.  for compensatory and general damages according to proof;

c.  an award to PLAINTIFFS for the amount of damages, including personal injuries, property damage, damage to the health of their pets, and diminution in property value, according to proof;

d.  loss of the use and benefit of PLAINTIFFS' real and/or personal property;

e.  past and future medical expenses and incidental expenses according to proof;

f.  loss of wages, earning capacity, and/or business profits or proceeds and/or any related displacement expenses, according to proof;

g.  an immediate temporary injunction against DEFENDANTS to prevent further harm to PLAINTIFFS and to include provisions for further ongoing monitoring of PLAINTIFFS' property and potential remediation by DEFENDANTS;

h.  the cost of future medical monitoring;

i.  general damages for fear, worry, annoyance, discomfort, disturbance, inconvenience, mental anguish, emotional distress, and loss of quiet enjoyment of property;

j.  an award to PLAINTIFFS for punitive and exemplary damages according to proof;

**COMPLAINT FOR DAMAGES**

k.    all costs of suit, including reasonable attorneys' fees where appropriate, appraisal fees, engineering fees and related costs;for pre-and post-judgment interest at the legal rate on all amounts awarded; and

l.    for all other relief as this Court may deem just and proper.

DATED: December 30, 2024                    **OWEN, PATTERSON & OWEN, LLP**

By: _____
SUSAN A. OWEN. ESQ.
J. CODY PATTERSON, ESQ.
*Attorneys for Plaintiffs*

## VIII.   JURY TRIAL DEMAND

Pursuant to Federal Rule of Procedure 38(b) of the Federal Rules of Civil Procedure, PLAINTIFFS demand a trial by jury on all of the triable issues within this Complaint.

DATED: December 30, 2024                    **OWEN, PATTERSON & OWEN, LLP**

By_____
SUSAN A. OWEN, ESQ.
J. CODY PATTERSON, ESQ.
*Attorneys for Plaintiffs*

**COMPLAINT FOR DAMAGES**